BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DOUGLAS K. CHANG (HSBN 2922)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6985
Facsimile: (415) 436-7169
Email: Douglas.Chang@usdoj.gov

Attorneys for the United States

**FILED**

DEC 28 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES ex rel. GWEN THROWER,<br><br>Plaintiff(s),<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-cv-2120 SK<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION;**<br>[~~PROPOSED~~] **ORDER TO UNSEAL**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31, U.S.C. § 3730(b)(4)(B), the United States notifies the Court that it has decided not to intervene in this action.

Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b), which allows the relator to maintain the action in the name of the United States; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

31 U.S.C. § 3730(b)(1). Notwithstanding this language, the United States Court of Appeals for the Ninth Circuit has held that the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, should either the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the United States requests that this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served on the United States. The United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also reserves its right to seek dismissal of this action pursuant to 31 U.S.C. § 3730(c)(2)(A). The United States also requests that it be served with all notices of appeal filed in this action.

Finally, the United States requests that the Court unseal: (1) Relator's Complaint, (2) the summons, (3) any scheduling orders, (4) any consents/declinations to a magistrate judge, (5) this Notice of Election to Decline Intervention with (Proposed) Order to Unseal, and (6) all other matters occurring in this action after the date the Court enters the unsealing order. The United States requests that all other papers on file in this action (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon Defendant because in discussing the

Notice of Election to Decline Intervention;
[Proposed] Order to Unseal
Case No. 16-cv-2120-SK

content and extent of the United States' investigation, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

   A proposed order accompanies this notice.

                Respectfully submitted,

                BRIAN STRETCH
                United States Attorney

Dated: December 28, 2016    By: _____
                DOUGLAS K. CHANG
                Assistant United States Attorney

3

Notice of Election to Decline Intervention;
[Proposed] Order to Unseal
Case No. 16-cv-2120-SK

## [PROPOSED] ORDER TO UNSEAL

The United States having notified the Court pursuant to 31 U.S.C. § 3730(b)(4)(B) that it declines to intervene in this action, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. All sealed documents on file in this action shall remain under seal and not be made public or served upon the Defendant except for the Relator's complaint, the summons, any scheduling orders, any consents/declinations to a magistrate judge, the Notice of Election to Decline Intervention, and this Order to Unseal, which are hereby unsealed;

2. Unless the Relator voluntarily dismisses this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, or the Court otherwise dismisses this action, the Relator shall serve upon the Defendant the Complaint, the Notice of Election to Decline Intervention, and this Order to Unseal;

3. The seal is lifted as to all matters occurring in this action after the date of this Order to Unseal;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the moving party shall provide the United States with notice. The

United States shall be provided with an opportunity to be heard before the Court makes its ruling.

IT IS SO ORDERED.

Dated: 12-28-16

/s/ Sallie Kim
SALLIE KIM
United States Magistrate Judge

Notice of Election to Decline Intervention;
[Proposed] Order to Unseal
Case No. 16-cv-2120-SK

CERTIFICATE OF SERVICE

I, Tina Louie, declare:

That I am a citizen of the United States and employed in the City and County of San Francisco, California; that my business address is United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen years; and that I am not a party to the above-entitled action;

That on December 28, 2016, I deposited in the United States mails, in an envelope bearing the requisite postage, a copy of:

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER TO UNSEAL**

addressed to:

J. Nelson Thomas
Jonathan W. Ferris
Thomas & Soloman LLP
693 East Avenue
Rochester, NY 14607

at their last known address at which place there is service by United States mail.

This Certificate is executed on December 28, 2016, at San Francisco, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
TINA LOUIE
Legal Assistant

Notice of Election to Decline Intervention;
[Proposed] Order to Unseal
Case No. 16-cv-2120-SK