J. NELSON THOMAS (admitted *pro hac vice*)
JONATHAN W. FERRIS (admitted *pro hac vice*)
MICHAEL J. LINGLE (admitted *pro hac vice*)
ANNETTE M. GIFFORD - 270777
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Email:       nthomas@theemploymentattorneys.com
             jferris@theemploymentattorneys.com
             nthomas@theemploymentattorneys.com
             amgifford@gmail.com

SANFORD JAY ROSEN – 062566
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       srosen@rbgg.com
             vswearingen@rbgg.com

Attorneys for
RELATOR GWEN THROWER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>              Plaintiff,<br><br>       v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>              Defendant. | Case No. 16-CV-02120-EMC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING RELATOR'S TIME TO: (1) RESPOND TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT; (2) AMEND THE COMPLAINT UNDER FED. R. CIV P. 15; AND (3) RESPOND TO DEFENDANT'S MOTION TO TRANSFER**<br><br>Judge:   Hon. Edward M. Chen |

[3108466-1]

16-CV-02120-EMC

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

Relator Gwen Thrower and Defendant Academy Mortgage Corporation hereby stipulate by and through their respective counsel as follows:

1. Whereas Defendant filed a Motion to Dismiss Relator's Complaint on March 1, 2017, making Relator's response due on March 15, 2017.

2. Whereas as under Federal Rule of Civil Procedure 15, Relator has until March 22, 2017 to file an amended complaint.

3. Whereas Defendant filed a Motion to Transfer on March 2, 2017, making Relator's response to this motion due on March 16, 2017.

4. Whereas Relator has requested, and Defendant has agreed to, an extension of all the Relator's above-stated deadlines until April 6, 2017.

5. Whereas Relator has agreed to extend Defendant's deadlines to reply to Relator's responses to Defendant's Motion to Dismiss and Motion to Transfer until April 20, 2017.

6. This extension is requested in order to allow Relator time to adequately prepare responses to both of these motions and/or to amend her complaint as provided under Fed. R. Civ. P. 15.  This request is also necessitated by the fact that Relator's counsel is required to be out of state on business travel for several days during the requested extension period.

7. No extensions have previously been requested in this matter.

8. A hearing regarding the motion to dismiss and motion to transfer is currently scheduled for April 27, 2017 at 1:30 p.m.  Thus, the requested extension will not affect any current schedules or deadlines.

9. Whereas counsel for the above parties have conferred and agreed to extend the Relator's above deadlines until April 6, 2017 and the Defendant's above deadlines until April 20, 2017.

IT IS HEREBY STIPULATED that, upon approval by the Court, the deadlines for Relator to respond to Defendant's Motion to Dismiss, Motion to Transfer, and the deadline for Relator to amend her complaint pursuant to Fed R. Civ. P. 15 **are hereby extended to April 6, 2017**; and it is further stipulated that, upon approval by the Court, the deadlines for Defendant to reply to

Relator's responses to Defendant's Motion to Dismiss and Motion to Transfer **are hereby extended to April 20, 2017.**

Dated: March 15, 2017

By: /s/ Jonathan W. Ferris
    J. Nelson Thomas
    Michael J. Lingle
    Jonathan W. Ferris
    Annette M. Gifford
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Sanford Jay Rosen
    Van Swearingen
    ROSEN BIEN GALVAN & GRUNFELD LLP
    50 Fremont Street
    19th Floor
    San Francisco, CA 94105

    Counsel for Relator

By: /s/ Mitchell H. Kider
    Mitchell H. Kider
    WEINER BRODSKY KIDER PC
    1300 19th Street, N.W.
    Suite 500
    Washington, DC 20036
    202-628-2000
    Fax: 202-628-2011
    Email: kider@thewbkfirm.com

    Thomas Michael McInerney
    OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
    Steuart Tower, Suite 1300
    One Market Plaza
    San Francisco, CA 94105
    415-442-4810
    Fax: 415-442-4870
    Email: tmm@ogletree.com

    Counsel for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>**[PROPOSED] ORDER TO EXTEND RELATOR'S TIME TO: (1) RESPOND TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT; (2) AMEND THE COMPLAINT UNDER FED. R. CIV P. 15; AND (3) RESPOND TO DEFENDANT'S MOTION TO TRANSFER** (modified)<br><br>Judge:   Hon. Edward M. Chen |

Upon consideration of the parties' stipulation to extend the time for Relator to: (1) respond to Defendant's Motion to Dismiss the Complaint; (2) amend the complaint pursuant to Fed. R. Civ. 15; and (3) respond to Defendant's Motion to Transfer; and good cause appearing, IT IS HEREBY ORDERED that the stipulation is GRANTED as follows:

1. Relator's response to Defendant's Motion to Dismiss is now due on **April 6, 2017**;
2. Relator's deadline to amend her complaint pursuant to Fed. R. Civ. P. 15 is now **April 6, 2017**;
3. Relator's response to Defendant's Motion to Transfer is now due **April 6, 2017**;
4. Defendant's Reply to Relator's response to Defendant's Motion to Dismiss is now due on **April 20, 2017;**
5. Defendant's Reply to Relator's response to Defendant's Motion to Transfer is now due on **April 20, 2017.**
6. The hearing on both motions is reset from April 27, 2017 to May 4, 2017 at 1:30 p.m.

Dated: March 20, 2017



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen