J. NELSON THOMAS (admitted *pro hac vice*)
JONATHAN W. FERRIS (admitted *pro hac vice*)
MICHAEL J. LINGLE (admitted *pro hac vice*)
ANNETTE M. GIFFORD - 270777
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Email: nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
nthomas@theemploymentattorneys.com
amgifford@gmail.com

SANFORD JAY ROSEN – 062566
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: srosen@rbgg.com
vswearingen@rbgg.com

Attorneys for
RELATOR GWEN THROWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>**STIPULATION AND P~~ROP~~OSED ORDER AMENDING THE BRIEFING SCHEDULES FOR MOTION TO DISMISS THE AMENDED COMPLAINT AND DEFENDANT'S MOTION TO TRANSFER AND THE CASE MANAGEMENT CONFERENCE DATE**<br><br>Judge: Hon. Edward M. Chen |

Relator Gwen Thrower and Defendant Academy Mortgage Corporation hereby stipulate by and through their respective counsel as follows:

1. This Court previously extended deadlines regarding Defendant's Motion to Dismiss Relator's Amended Complaint and Defendant's Amended Motion to Transfer on April 5, 2017. At this same time, the Court also rescheduled the oral argument of these motions and the case management conference for July 13, 2017 at 1:30 p.m.

2. Due to both Relator's lead and local counsel being unavailable on July 13, 2017, Relator's counsel requests an adjournment of the oral argument and case management conference.

3. Relator's counsel and counsel for Defendant have conferred and propose that the oral argument and case management conference be adjourned until July 27, 2017 at 1:30 p.m.

4. Additionally, in light of the requested adjournment of the oral argument of the motions, the parties have conferred and agreed to extend the briefing schedule for these motions to the below dates:

> **June 8, 2017**: Deadline for Defendant to file Motion to Dismiss the Amended Complaint and Amended Motion to Transfer
>
> **July 6, 2017**: Deadline for Relator to File Responses to Motion to Dismiss Amended Complaint and Motion to Transfer
>
> **July 13, 2017**: Deadline for Defendant to File Replies to Motion to Dismiss Amended Complaint and Motion to Transfer

6. This is the third requested extension of these deadlines. The previous extension also contemplated the filing of Relator's Amended Complaint, which was subsequently filed on April 27, 2017.

8. IT IS HEREBY STIPULATED that, upon approval by the Court, the deadlines are extended as set forth above in Paragraph Five.

Dated: May 23, 2017

By: /s/ Jonathan W. Ferris
    J. Nelson Thomas
    Michael J. Lingle
    Jonathan W. Ferris
    Annette M. Gifford
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Sanford Jay Rosen
    Van Swearingen
    ROSEN BIEN GALVAN &
    GRUNFELD LLP
    50 Fremont Street
    19th Floor
    San Francisco, CA 94105

    Counsel for Relator

By: /s/ Jason W. McElroy
    Jason W. McElroy
    WEINER BRODSKY KIDER PC
    1300 19th Street, N.W.
    Suite 500
    Washington, DC 20036
    202-628-2000
    Fax: 202-628-2011
    Email: mcelroy@thewbkfirm.com

    Thomas Michael McInerney
    OGLETREE DEAKINS NASH SMOAK
    & STEWART, P.C.
    Steuart Tower, Suite 1300
    One Market Plaza
    San Francisco, CA 94105
    415-442-4810
    Fax: 415-442-4870
    Email: tmm@ogletree.com

    Counsel for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>**[PROPOSED] ORDER AMENDING BRIEFING SCHEDULES FOR MOTION TO DISMISS THE AMENDED COMPLAINT AND DEFENDANT'S MOTION TO TRANSFER AND CASE MANGEMENT CONFERENCE DATE**<br><br>Judge: Hon. Edward M. Chen |

Upon consideration of the parties' stipulation to amend the briefing schedule regarding Defendant's Motion to Dismiss the Amended Complaint and Motion to Transfer, and the date of oral argument and the case management conference, IT IS HEREBY ORDERED that the stipulation is GRANTED as follows:

1. Defendant's deadline to file a Motion to Dismiss the Amended Complaint and an Amended/Renewed Motion to Transfer is due on **June 8, 2017**;

2. Relator's Deadline to File Responses to Motion to Dismiss Amended Complaint and Amended Motion to Transfer is **July 6, 2017**;

3. Defendant's Replies to Motion to Dismiss the Amended Complaint and Amended Motion to Transfer are **July 13, 2017**;

4. The oral argument currently set for July 13, 2017 at 1:30 p.m. is adjourned until **July 27, 2017 at 1:30 p.m**.

```
The July 13, 2017 CMC is reset for July 27, 2017 at 1:30 p.m.
A joint CMC statement shall be filed by July 20, 2017.
```

Dated: 5/26/2017

_____
Honorable Edward M. Chen
United States District Court



STIPULALATION AND [PROPOSED] ORDER EXTENDING TIME