**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, CA Bar No. 116479
Jason W. McElroy (*Pro Hac Vice*)
Joseph M. Katz (*Pro Hac Vice*)
Michael S. Trabon (*Pro Hac Vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com
 mcelroy@thewbkfirm.com
 katz@thewbkfirm.com
 trabon@thewbkfirm.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Thomas M. McInerney, CA Bar No. 162055
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
Email: tmm@ogletreedeakins.com

*Attorneys for Defendant Academy Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No. 3:16-cv-02120 (EMC)<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FROM AUTOMATIC REFERRAL TO ADR MULTI-OPTION PROGRAM** |

Relator Gwen Thrower and Defendant Academy Mortgage Corporation hereby submit this Stipulated Motion for Administrative Relief pursuant to Civil L.R. 7-11 and 7-12 requesting relief from referral to the Court's Multi-Option ADR Program. The parties have conferred and agree that ADR is premature in this case given Defendant's outstanding Motions to Dismiss and

Transfer Venue.  Given the outstanding motions and their possible effect on this litigation, the Parties believe that the possibility of settlement at this juncture is remote and that ADR processes would not be fruitful in resolving the issues between the Parties.  The Parties agree to re-visit the availability and possible benefit of ADR to this litigation after the Court enters its orders with respect to the pending Motions to Dismiss and Transfer Venue.

**STIPULATED AND AGREED** that the Parties wish to have this case removed from the ADR Multi-Option program in order to conserve the court's and parties' resources.

Dated:  July 6, 2017

Respectfully submitted,

| **WEINER BRODSKY KIDER PC** | **THOMAS & SOLOMON LLP** |
|---|---|
| /s/ Jason W. McElroy | /s/ Jonathan W. Ferris (with permission) |
| Mitchel H. Kider | J. Nelson Thomas |
| Jason W. McElroy | Michael J. Lingle |
| Joseph M. Katz | Jonathan W. Ferris |
| Michael S. Trabon | Annette M. Gifford |
| 1300 19th St. NW, Fifth Floor | 693 East Avenue |
| Washington, DC 20036 | Rochester, NY 14607 |
| Tel:  (202) 628-2000 | Tel:  (585) 272-0540 |
| Fax:  (202) 628-2011 | Fax:  (585) 272-0574 |
| Email:  kider@thewbkfirm.com | Email: |
| mcelroy@thewbkfirm.com | nthomas@theemploymentattorneys.com |
| katz@thewbkfirm.com | jferris@theemploymentattorneys.com |
| trabon@thewbkfirm.com | amgifford@gmail.com |
| *Attorneys for Defendant Academy Mortgage Corporation* | *Attorneys for Relator Gwen Thrower* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 7/11/2017

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Stipulated Motion for Administrative Relief
Case No.  3:16-cv-02120 (EMC)

2