1  J. NELSON THOMAS (admitted *pro hac vice*)
   JONATHAN W. FERRIS (admitted *pro hac vice*)
2  MICHAEL J. LINGLE (admitted *pro hac vice*)
   ANNETTE M. GIFFORD - 270777
3  THOMAS & SOLOMON LLP
4  693 East Avenue
   Rochester, New York 14607
5  Telephone: (585) 272-0540
   Email:       nthomas@theemploymentattorneys.com
6                jferris@theemploymentattorneys.com
                 nthomas@theemploymentattorneys.com
7                amgifford@gmail.com
8
   SANFORD JAY ROSEN – 062566
9  VAN SWEARINGEN – 259809
   ROSEN BIEN GALVAN & GRUNFELD LLP
10 50 Fremont Street, 19th Floor
   San Francisco, California 94105-2235
11 Telephone:   (415) 433-6830
   Facsimile:   (415) 433-7104
12 Email:       srosen@rbgg.com
13                vswearingen@rbgg.com
14 Attorneys for
   RELATOR GWEN THROWER
15

16                    UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
17

18 UNITED STATES OF AMERICA ex rel.          Case No. 16-CV-02120-EMC
   GWEN THROWER,
19                                            **STIPULATION AND PROP~~OS~~ED ORDER
                                              SETTING THE BRIEFING SCHEDULE
20          Plaintiff,                        AND ORAL ARGUMENT ON THE
                                              UNITED STATES' MOTION TO DISMISS
21     v.                                     AND HOLDING IN ABEYANCE
                                              DEFENDANT'S MOTIONS AND THE
22 ACADEMY MORTGAGE CORPORATION,             CASE MANAGEMENT CONFERENCE**

23          Defendant.
                                              Judge:   Hon. Edward M. Chen
24
25
26
27
28

1   Relator Gwen Thrower, Defendant Academy Mortgage Corporation, and the United States
2   hereby stipulate by and through their respective counsel as follows:

3       1.      WHEREAS, on April 27, 2017, the Relator filed her Amended Complaint against
4   defendant Academy Mortgage Corporation ("Defendant").  Docket No. 45.

5       2.      WHEREAS, on June 8, 2017, Defendant filed an Amended Motion to Transfer
6           Venue
7   (docket No. 48) and Motion to Dismiss the Amended Complaint (docket No. 50) (collectively,
8   "Defendant's Motions");

9       3.      WHEREAS, by Stipulation and Order, oral argument on Defendants' Motions was
10  reset for July 27, 2017.  Docket No. 47.

11      4.      WHEREAS, on July 19, 2017, the United States filed a Motion to Dismiss Relator's
12  Amended Complaint.  Docket No. 60.

13      5.      WHEREAS, on July 20, 2017, the Court reset the Case Management Conference and
14  oral argument on Defendant's Motions, and set argument on the United States' Motion to Dismiss
15  for August 22, 2017 at 1:30 p.m. *See* Dkt. No. 62. The Court also reset the deadline for the
16  submission of the Case Management Statement to August 15, 2017. *See id*.

17      6.      WHEREAS, upon the request of Relator's counsel, the United States has agreed to
18  extend the deadline for Relator's response to the United States' Motion to Dismiss to September
19  15, 2017 and to extend the deadline for the United States' reply to September 22, 2017.

20      7.      WHEREAS, Relator's counsel has represented that such an extension is needed to
21  provide them with sufficient time to prepare Relator's response to the United States' Motion to
22  Dismiss.

23      8.      WHEREAS, anticipating that the Court was going to hear oral argument on
24  Defendant's Motions on July 27, 2017, Relator's counsel has other urgent demands scheduled
25  during the month of August, necessitating this request for additional time.

26      9.      WHEREAS, Relator's attorneys with principal responsibility for this matter each
27  have long-scheduled family vacations and out of the country travel throughout the month of
28  August and the Labor Day holiday, making it very difficult for the attorneys to prepare and confer

1     regarding the drafting of Relator's response to the United States' Motion to Dismiss.

2     10.     WHEREAS, no extensions have been requested previously regarding the schedule

3     for briefing and oral argument on the United States' Motion to Dismiss.

4     11.     WHEREAS, the Relator, Defendant and the United States stipulate that, in the

5     interest of judicial economy, as the determination on the United States' Motion to Dismiss the

6     Amended Complaint may obviate the need for the Court to render a decision on Defendants'

7     Motions, the hearing and decision(s) on Defendant's Motions and the Case Management

8     Conference (and date to submit the corresponding statement) be held in abeyance until after a

9     decision is rendered on the United States' Motion to Dismiss.

10     12.     WHEREAS, although not involved in the briefing on the United States' Motion to

11     Dismiss, Defendant's counsel has indicated that they will likely attend the oral argument on the

12     United States' Motion to Dismiss. However, counsel for Defendant may be on trial during parts

13     of September.

14     13.     WHEREAS, as the United States remains the real party in interest, and pursuant to

15     28 U.S.C. § 517, the United States intends to file a Statement of Interest within 10 days of the

16     Court scheduling a hearing for oral argument on Defendant's Motion to Dismiss.

17     14.     IT IS HEREBY STIPULATED that, upon approval by the Court, the: (1) deadline

18     for Relator to respond to the United States' Motion to Dismiss is extended to and including

19     September 15, 2017; (2) deadline for the United States to file its reply on its Motion to Dismiss the

20     Amended Complaint is extended to and including September 22, 2017; (3) date for oral argument

21     on the United States' Motion to Dismiss is reset for October 5, 2017 at 1:30 p.m.; and (4) oral

22     argument and decision(s) on Defendant's Motions and the Case Management Conference (and

23     date to file the corresponding statement) are held in abeyance pending the Court rendering a

24     decision on the United States' Motion to Dismiss.

25

26

27

28

Dated: August 2, 2017

By: /s/ Jonathan W. Ferris
    J. Nelson Thomas
    Michael J. Lingle
    Jonathan W. Ferris
    Annette M. Gifford
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Sanford Jay Rosen
    Van Swearingen
    ROSEN BIEN GALVAN &
    GRUNFELD LLP
    50 Fremont Street
    19th Floor
    San Francisco, CA 94105

    Counsel for Relator

By: /s/ Jason W. McElroy
    Jason W. McElroy
    WEINER BRODSKY KIDER PC
    1300 19th Street, N.W.
    Suite 500
    Washington, DC 20036
    202-628-2000
    Fax: 202-628-2011
    Email: kider@thewbkfirm.com

    Thomas Michael McInerney
    OGLETREE DEAKINS NASH SMOAK
    & STEWART, P.C.
    Steuart Tower, Suite 1300
    One Market Plaza
    San Francisco, CA 94105
    415-442-4810
    Fax: 415-442-4870
    Email: tmm@ogletree.com

    Counsel for Defendant

By: _____
    Douglas K. Chang
    Assistant U.S. Attorney
    United States Attorney's Office
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    415-436-6985
    Douglas.Chang@usdoj.gov

By: _____
    Jeffrey A. Hall
    Bruce D. Bernstein
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Fraud Section
    601 D Street, N.W.
    Washington, D.C. 20004
    202- 353-1329
    jhall@civ.usdoj.gov

Counsel for the United States

UNITED STATES OF AMERICA ex rel.
GWEN THROWER,

        Plaintiff,

        v.

ACADEMY MORTGAGE CORPORATION,

        Defendant.

Case No. 16-CV-02120-EMC

[PROPOSED] ORDER: (1) SETTING
THE BRIEFING SCHEDULE AND
CONTINUING THE HEARING ON THE
UNITED STATES' MOTION TO DISMISS
AND; (2) HOLDING IN ABEYANCE
ORAL ARGUMENT AND DECISION(S)
ON DEFENDANT'S MOTIONS AND THE
CASE MANAGEMENT CONFERENCE
AND STATEMENT

Judge:  Hon. Edward M. Chen

Upon consideration of the Stipulation between the Relator, United States and Defendant to set the briefing schedule and oral argument on the United States' Motion to Dismiss the Amended Complaint and to hold in abeyance Defendant's Amended Motion to Transfer and Amended Motion to Dismiss, and the Case Management Conference and Statement; and good cause appearing, IT IS HEREBY ORDERED that the stipulation is GRANTED as follows:

1.  Relator's response to the United States' Motion to Dismiss the Amended Complaint is now due on **September 15, 2017**;

2.  The United States' deadline to submit a reply to its Motion to Dismiss the Amended Complaint is now due on **September 22, 2017**;

3.  Oral argument regarding the United States' Motion to Dismiss the Amended Complaint is reset **for October 5, 2017 at 1:30 p.m.** in Courtroom 5, 17th Floor, United States Courthouse in San Francisco;

4.  Defendant's Amended Motion to Transfer Venue and Motion to Dismiss the Amended Complaint, and corresponding oral argument, are **held in abeyance pending a decision on the United States' Motion to Dismiss**;

5.  The Case Management Conference set for August 22, 2017 at 1:30 p.m. and deadline to submit the Case Management Statement are **held in abeyance pending a decision on the United States' Motion to Dismiss.**

Dated: _____ 8/3/17

IT IS SO ORDERED

Hono...
Unite...
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA