J. NELSON THOMAS (admitted *pro hac vice*)
JONATHAN W. FERRIS (admitted *pro hac vice*)
MICHAEL J. LINGLE (admitted *pro hac vice*)
ANNETTE M. GIFFORD - 270777
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Email:    nthomas@theemploymentattorneys.com
          jferris@theemploymentattorneys.com
          nthomas@theemploymentattorneys.com
          amgifford@gmail.com

SANFORD JAY ROSEN – 062566
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        srosen@rbgg.com
              vswearingen@rbgg.com

Attorneys for
RELATOR GWEN THROWER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER, <br><br> Plaintiff, <br><br> v. <br><br> ACADEMY MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 16-CV-02120-EMC <br><br> **STIPULATION AND PROPOSED ORDER RESETTING THE ORAL ARGUMENT DATE AND BRIEFING SCHEDULE REGARDING THE UNITED STATES' MOTION TO DISMIS** <br><br> Judge:  Hon. Edward M. Chen |

Relator Gwen Thrower, Defendant Academy Mortgage Corporation, and the United States hereby stipulate by and through their respective counsel as follows:

1. WHEREAS, on July 19, 2017, the United States filed a Motion to Dismiss Relator's Amended Complaint ("the United States' Motion"). Docket No. 60.

2. WHEREAS, on August 2, 2017, upon the request of the Relator's counsel, the parties stipulated to modify the briefing schedule regarding the United States' Motion to extend: (1) the deadline for Relator to respond to the United States' Motion through and including September 15, 2017; (2) the deadline for the United States to file its reply on its Motion through and including September 22, 2017; and (3) the date for oral argument on the United States' Motion be set for October 5, 2017 at 1:30 p.m. Docket No. 63.

3. WHEREAS, the parties also stipulated to hold in abeyance the defendant's Amended Motion to Transfer Venue, defendant's Motion to Dismiss, and the Case Management Conference pending a decision on the United States' Motion. Docket No. 63.

4. WHEREAS, on August 3, 2017, this Court granted the parties stipulation as described above in ¶¶2-3. Docket No. 64.

5. WHEREAS, on August 28, 2017, this Court issued a Clerk's Notice resetting the oral argument regarding the United States' Motion from October 5, 2017 to October 12, 2017 at 1:30 pm. Docket No. 65.

6. WHEREAS, Relator's counsel is unavailable for oral argument on October 12, 2017 and requests an adjournment of the oral argument.

7. WHEREAS, the parties have conferred regarding the dates that they are available and propose that the oral argument be adjourned until October 26, 2017 at 1:30 p.m. Although defendant has not brought the current motion, defense counsel has indicated that they plan to attend the oral argument during this proposed time.

8. WHEREAS, due to eye surgery involving the principal attorney representing the Relator causing that attorney to be out of the office last week and due to recent setbacks from that surgery (including the inability to currently read anything on a computer screen), Relator respectfully requests an extension of time for her to prepare her response to the United States'

1   Motion.

2   9.    WHEREAS, in light of the above, the parties have agreed to extend the briefing
3   schedule, extending the deadline for Relator to file her response to the United States' Motion
4   through and including September 25, 2017, and extending the deadline for the United States' to file
5   its reply through and including October 2, 2017.

6   10.   WHEREAS, this is the second requested extension of these deadlines.

7   11.   WHEREAS, defendant's Motion to Dismiss the Amended Complaint and defendant's
8   Motion to Transfer Venue, as well as the Case Management Conference will continue to be held in
9   abeyance pending a decision on the United States' Motion.

10  12.   IT IS HEREBY STIPULATED that, upon approval by the Court: (1) the date for oral
11  argument on the United States' Motion is reset for October 26, 2017 at 1:30 p.m; (2) the deadline
12  for Relator to respond to the United States' Motion is extended to and including September 25,
13  2017; (3) the deadline for the United States to file its reply on its Motion is extended to and including
14  October 2, 2017; and (4) defendant's Motion to Dismiss the Amended Complaint and defendant's
15  Motion to Transfer Venue, as well as the Case Management Conference will continue to be held in
16  abeyance pending a decision on the United States' Motion.

Dated: September 14, 2017

By: /s/ Jonathan W. Ferris
    J. Nelson Thomas
    Michael J. Lingle
    Jonathan W. Ferris
    Annette M. Gifford
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Sanford Jay Rosen
    Van Swearingen
    ROSEN BIEN GALVAN &
    GRUNFELD LLP
    50 Fremont Street
    19th Floor
    San Francisco, CA 94105

    Counsel for Relator

By: /s/ Jason W. McElroy
    Jason W. McElroy
    WEINER BRODSKY KIDER PC
    1300 19th Street, N.W.
    Suite 500
    Washington, DC 20036
    202-628-2000
    Fax: 202-628-2011
    Email: kider@thewbkfirm.com

    Thomas Michael McInerney
    OGLETREE DEAKINS NASH SMOAK
    & STEWART, P.C.
    Steuart Tower, Suite 1300
    One Market Plaza
    San Francisco, CA 94105
    415-442-4810
    Fax: 415-442-4870
    Email: tmm@ogletree.com

    Counsel for Defendant

By: _____
    Douglas K. Chang
    Assistant U.S. Attorney
    United States Attorney's Office
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    415-436-6985
    Douglas.Chang@usdoj.gov

By: _____
    Jeffrey A. Hall
    Bruce D. Bernstein
    Trial Attorneys
    U.S. Department of Justice
    Civil Division, Fraud Section
    601 D Street, N.W.
    Washington, D.C. 20004
    202-353-1329
    jhall@civ.usdoj.gov

    Counsel for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>**[PROPOSED] ORDER: RESETTING THE ORAL ARGUMENT DATE AND BRIEFING SCHEDULE REGARDING THE UNITED STATES' MOTION TO DISMIS**<br><br>Judge:   Hon. Edward M. Chen |

Upon consideration of the Stipulation between the Relator, United States and Defendant to reset the oral argument and briefing schedule regarding the United States' Motion to Dismiss the Amended Complaint; and good cause appearing, IT IS HEREBY ORDERED that the stipulation is GRANTED as follows:

1. Oral argument regarding the United States' Motion to Dismiss the Amended Complaint is reset **for October 26, 2017 at 1:30 p.m**. in Courtroom 5, 17th Floor, United States Courthouse in San Francisco;

2. Relator's deadline to respond to the United States' Motion to Dismiss the Amended Complaint is extended through and including **September 25, 2017**;

3. The United States' deadline to submit a reply to its Motion to Dismiss the Amended Complaint is extended through and including **October 2, 2017**;

4. Defendant's Amended Motion to Transfer Venue and Motion to Dismiss the Amended Complaint, and corresponding oral argument, as well as the Case Management Conference, **continue to be held in abeyance pending the Court's decision on the United States' Motion to Dismiss**.

Dated: _____

_____
Honorable Edward M. Chen
United States District Court

STIPULATION AND [PROPOSED] ORDER RESETTING ORAL ARGUMENT AND BRIEFING SCHEDULE