1  J. NELSON THOMAS (admitted *pro hac vice*)
   JONATHAN W. FERRIS (admitted *pro hac vice*)
2  MICHAEL J. LINGLE (admitted *pro hac vice*)
   ANNETTE M. GIFFORD - 270777
3  THOMAS & SOLOMON LLP
4  693 East Avenue
   Rochester, New York 14607
5  Telephone: (585) 272-0540
   Email:     nthomas@theemploymentattorneys.com
6             jferris@theemploymentattorneys.com
              nthomas@theemploymentattorneys.com
7             amgifford@gmail.com
8
   SANFORD JAY ROSEN – 062566
9  VAN SWEARINGEN – 259809
   ROSEN BIEN GALVAN & GRUNFELD LLP
10 50 Fremont Street, 19th Floor
   San Francisco, California 94105-2235
11 Telephone:   (415) 433-6830
12 Facsimile:   (415) 433-7104
   Email:       srosen@rbgg.com
13              vswearingen@rbgg.com

14 Attorneys for
   RELATOR GWEN THROWER
15

16              UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
17

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER, <br><br> Plaintiff, <br><br> v. <br><br> ACADEMY MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 16-CV-02120-EMC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER RESETTING THE ORAL ARGUMENT DATE AND BRIEFING SCHEDULE REGARDING THE UNITED STATES' MOTION TO DISMIS** <br><br> Judge: Hon. Edward M. Chen |

[3108466-1]

16-CV-02120-EMC

STIPULATION AND [PROPOSED] ORDER RESETTING ORAL ARGUMENT AND BRIEFING SCHEDULE

| | |
|---|---|
| 1 | Relator Gwen Thrower, Defendant Academy Mortgage Corporation, and the United States |
| 2 | hereby stipulate by and through their respective counsel as follows: |
| 3 | 1.	WHEREAS, on July 19, 2017, the United States filed a Motion to Dismiss Relator's |
| 4 | Amended Complaint ("the United States' Motion"). Docket No. 60. |
| 5 | 2.	WHEREAS, on August 2, 2017, upon the request of the Relator's counsel, the parties |
| 6 | stipulated to modify the briefing schedule regarding the United States' Motion to extend: (1) the |
| 7 | deadline for Relator to respond to the United States' Motion through and including September 15, |
| 8 | 2017; (2) the deadline for the United States to file its reply on its Motion through and including |
| 9 | September 22, 2017; and (3) the date for oral argument on the United States' Motion be set for |
| 10 | October 5, 2017 at 1:30 p.m. Docket No. 63. |
| 11 | 3.	WHEREAS, the parties also stipulated to hold in abeyance the defendant's Amended |
| 12 | Motion to Transfer Venue, defendant's Motion to Dismiss, and the Case Management Conference |
| 13 | pending a decision on the United States' Motion. Docket No. 63. |
| 14 | 4.	WHEREAS, on August 3, 2017, this Court granted the parties stipulation as described |
| 15 | above in ¶¶2-3. Docket No. 64. |
| 16 | 5.	WHEREAS, on August 28, 2017, this Court issued a Clerk's Notice resetting the oral |
| 17 | argument regarding the United States' Motion from October 5, 2017 to October 12, 2017 at 1:30 |
| 18 | pm. Docket No. 65. |
| 19 | 6.	WHEREAS, Relator's counsel is unavailable for oral argument on October 12, 2017 |
| 20 | and requests an adjournment of the oral argument. |
| 21 | 7.	WHEREAS, the parties have conferred regarding the dates that they are available and |
| 22 | propose that the oral argument be adjourned until October 26, 2017 at 1:30 p.m. Although defendant |
| 23 | has not brought the current motion, defense counsel has indicated that they plan to attend the oral |
| 24 | argument during this proposed time. |
| 25 | 8.	WHEREAS, due to eye surgery involving the principal attorney representing the |
| 26 | Relator causing that attorney to be out of the office last week and due to recent setbacks from that |
| 27 | surgery (including the inability to currently read anything on a computer screen), Relator |
| 28 | respectfully requests an extension of time for her to prepare her response to the United States' |

Motion.

9. WHEREAS, in light of the above, the parties have agreed to extend the briefing schedule, extending the deadline for Relator to file her response to the United States' Motion through and including September 25, 2017, and extending the deadline for the United States' to file its reply through and including October 2, 2017.

10. WHEREAS, this is the second requested extension of these deadlines.

11. WHEREAS, defendant's Motion to Dismiss the Amended Complaint and defendant's Motion to Transfer Venue, as well as the Case Management Conference will continue to be held in abeyance pending a decision on the United States' Motion.

12. IT IS HEREBY STIPULATED that, upon approval by the Court: (1) the date for oral argument on the United States' Motion is reset for October 26, 2017 at 1:30 p.m; (2) the deadline for Relator to respond to the United States' Motion is extended to and including September 25, 2017; (3) the deadline for the United States to file its reply on its Motion is extended to and including October 2, 2017; and (4) defendant's Motion to Dismiss the Amended Complaint and defendant's Motion to Transfer Venue, as well as the Case Management Conference will continue to be held in abeyance pending a decision on the United States' Motion.

| | |
|---|---|
| Dated: September 14, 2017 | |
| By: /s/ Jonathan W. Ferris<br>J. Nelson Thomas<br>Michael J. Lingle<br>Jonathan W. Ferris<br>Annette M. Gifford<br>THOMAS & SOLOMON LLP<br>693 East Avenue<br>Rochester, NY 14607<br>Telephone: 585-272-0540<br>Facsimile: 585-272-0574<br><br>Sanford Jay Rosen<br>Van Swearingen<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>50 Fremont Street<br>19th Floor<br>San Francisco, CA 94105<br><br>Counsel for Relator | By: /s/ Jason W. McElroy<br>Jason W. McElroy<br>WEINER BRODSKY KIDER PC<br>1300 19th Street, N.W.<br>Suite 500<br>Washington, DC 20036<br>202-628-2000<br>Fax: 202-628-2011<br>Email: kider@thewbkfirm.com<br><br>Thomas Michael McInerney<br>OGLETREE DEAKINS NASH SMOAK<br>& STEWART, P.C.<br>Steuart Tower, Suite 1300<br>One Market Plaza<br>San Francisco, CA 94105<br>415-442-4810<br>Fax: 415-442-4870<br>Email: tmm@ogletree.com<br><br>Counsel for Defendant |

By: _____
    Douglas K. Chang
    Assistant U.S. Attorney
    United States Attorney's Office
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    415-436-6985
    Douglas.Chang@usdoj.gov

By: _____
    Jeffrey A. Hall
    Bruce D. Bernstein
    Trial Attorneys
    U.S. Department of Justice
    Civil Division, Fraud Section
    601 D Street, N.W.
    Washington, D.C. 20004
    202- 353-1329
    jhall@civ.usdoj.gov

    Counsel for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>[~~PROPOSED~~] ORDER: RESETTING THE ORAL ARGUMENT DATE AND BRIEFING SCHEDULE REGARDING THE UNITED STATES' MOTION TO DISMIS<br><br>Judge: Hon. Edward M. Chen |

Upon consideration of the Stipulation between the Relator, United States and Defendant to reset the oral argument and briefing schedule regarding the United States' Motion to Dismiss the Amended Complaint; and good cause appearing, IT IS HEREBY ORDERED that the stipulation is GRANTED as follows:

1. Oral argument regarding the United States' Motion to Dismiss the Amended Complaint is reset **for ~~October 26, 2017~~ at 1:30 p.m** November 9, 2017. in Courtroom 5, 17th Floor, United States Courthouse in San Francisco;

2. Relator's deadline to respond to the United States' Motion to Dismiss the Amended Complaint is extended through and including **September 25, 2017**;

3. The United States' deadline to submit a reply to its Motion to Dismiss the Amended Complaint is extended through and including **October 2, 2017**;

4. Defendant's Amended Motion to Transfer Venue and Motion to Dismiss the Amended Complaint, and corresponding oral argument, as well as the Case Management Conference, **continue to be held in abeyance pending the Court's decision on the United States' Motion to Dismiss**.

STIPULATION AND [PROPOSED] ORDER RESETTING ORAL ARGUMENT AND BRIEFING SCHEDULE

Dated: 9/15/17

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER RESETTING ORAL ARGUMENT AND BRIEFING SCHEDULE