CHAD A. READLER
Acting Assistant Attorney General

BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DOUGLAS K. CHANG (HSBN 2922)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6985
  Facsimile: (415) 436-7169
  Email: Douglas.Chang@usdoj.gov

MICHAEL D. GRANSTON
SARA McLEAN
JEFFREY A. HALL
BRUCE D. BERNSTEIN
Attorneys
Civil Division
United States Department of Justice
  P.O. Box 261
  Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 353-1329
  Email: jhall@civ.usdoj.gov
         Bruce.D.Bernstein@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA *ex rel.* GWEN THROWER, <br><br> Plaintiff(s), <br> v. <br><br> ACADEMY MORTGAGE CORPORATION, <br><br> Defendant(s). | Case No. 16-cv-02120 EMC <br><br> **[PROPOSED] ORDER MODIFYING THE SUPPLEMENTAL BREIFING SCHEDULE FOR THE UNITED STATES' MOTION TO DISMISS** |

[Proposed] Order Modifying
the Supplemental Briefing Schedule for
the United States' Motion to Dismiss
Case No. 16-cv-02120-EMC

Upon consideration of the Stipulation between the Relator and the United States to modify the supplemental briefing schedule for the United States' Motion to Dismiss; and good cause appearing, IT IS HEREBY ORDERED that the stipulation is GRANTED as follows:

1. The supplemental briefing schedule for the United States' Motion to Dismiss is modified so that the deadline for the United States to file its response to the Relator's Supplemental Brief is extended to and including January 4, 2018.

Dated: _____12/21/17_____



[Proposed] Order Modifying
the Supplemental Briefing Schedule for
the United States' Motion to Dismiss
Case No. 16-cv-02120-EMC