**Weiner Brodsky Kider PC**
Mitchel H. Kider, CA Bar No. 116479
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Thomas M. McInerney, CA Bar No. 162055
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
Email: tmm@ogletreedeakins.com

*Attorneys for Defendant Academy Mortgage Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>       Plaintiff,<br><br>  v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>       Defendant. | Case No. 16-CV-02120-EMC<br><br>**JOINT MOTION AND PROPOSED ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

JOINT MOTION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE

Defendant Academy Mortgage Corporation and Relator Gwen Thrower hereby jointly request, by and through their respective counsel, as follows:

1.      The Initial Case Management Conference was initially set for July 13, 2016, and has previously been reset to March 27, 2017, April 27, 2017, July 27, 2017, and January 18, 2018.

2.      On November 27, 2017, the Clerk reset the Initial Case Management Conference to take place on January 18, 2018 at 9:30 am.

3.      On November 30, 2017, the Court heard argument regarding the United States of America's Motion to Dismiss Relator's Amended Complaint.

4.      At that time, the Court asked for further briefing on the United States' Motion to Dismiss and this supplemental briefing is expected to be completed no later than January 4, 2017.

5.      Given the United States' Motion to Dismiss and its possible effect on the litigation, counsel for Relator and Defendant have conferred, and both have agreed to, and therefore jointly request, a postponement of the Initial Case Management Conference and the deadline to file the Case Management Statement.

6.      Counsel for the above Parties have conferred and agreed to, and therefore jointly request, that the Court postpone the deadline for the Case Management Statement and Initial Case Management Conference until such time as the Court determines it is appropriate, following any ruling on the United States of America's Motion to Dismiss Relator's Amended Complaint.

WHEREFORE, the Parties jointly request that the Case Management Statement

deadline and Initial Case Management Conference be postponed until such time as the Court

determines appropriate, to be set by a future Court Order.


Dated: January 4, 2017


By: /s/ Mitchel H. Kider

    Mitchel H. Kider
    Jason W. McElroy
    Michael S. Trabon
    Joseph M. Katz
    WEINER BRODSKY KIDER PC
    1300 19th Street, N.W.
    Suite 500
    Washington, DC 20036
    202-628-2000
    Fax: 202-628-2011
    Email: kider@thewbkfirm.com

    Thomas Michael McInerney
    OGLETREE DEAKINS NASH
    SMOAK & STEWART, P.C.
    Steuart Tower, Suite 1300
    One Market Plaza
    San Francisco, CA 94105
    415-442-4810
    Fax: 415-442-4870
    Email: tmm@ogletree.com


    Counsel for Defendant

By: /s/ Jonathan W. Ferris

    J. Nelson Thomas
    Michael J. Lingle
    Jonathan W. Ferris
    Annette M. Gifford
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY  14607
    Telephone:  585-272-0540
    Facsimile:  585-272-0574

    Sanford Jay Rosen
    Van Swearingen
    ROSEN BIEN GALVAN &
    GRUNFELD LLP
    50 Fremont Street
    19th Floor
    San Francisco, CA 94105

    Counsel for Relator

| UNITED STATES OF AMERICA ex rel. GWEN THROWER, | Case No. 16-CV-02120-EMC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | Judge:   Hon. Edward M. Chen |
| ACADEMY MORTGAGE CORPORATION, | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the parties' joint request to postpone the Initial Case Management Conference; and good cause appearing, IT IS HEREBY ORDERED that the stipulation is GRANTED as follows:

The ~~Case Management Statement deadline and Initial Case Management Conference are hereby~~ **postponed**~~, pending a future Order from this Court.~~ The CMC is reset from 1/18/18 to 3/1/18 at 9:30 a.m. CMC statement due 2/22/18.

Dated:    1/8/2018



_____
~~rd~~ M. Chen
~~trict~~ Court

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen