**Weiner Brodsky Kider PC**
Mitchel H. Kider, CA Bar No. 116479
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Thomas M. McInerney, CA Bar No. 162055
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
Email: tmm@ogletreedeakins.com

*Attorneys for Defendant Academy Mortgage Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>**JOINT MOTION AND PROPOSED ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

Defendant Academy Mortgage Corporation and Relator Gwen Thrower hereby jointly request, by and through their respective counsel, as follows:

1. The Initial Case Management Conference was initially set for July 13, 2016, and has previously been reset to March 27, 2017, April 27, 2017, July 27, 2017, January 18, 2018, and March 1, 2018.

2. On November 30, 2017, the Court heard argument regarding the United States of America's Motion to Dismiss Relator's Amended Complaint. At that time, the Court asked for further briefing on the United States' Motion to Dismiss.

3. The supplemental briefing concerning the United States' Motion to Dismiss was completed on January 4, 2018.

4. The Court has held Academy's Motion to Dismiss and its Motion to Transfer Venue in abeyance pending its decision on the United States' Motion to Dismiss the Amended Complaint. *See* Dkt. No. 64; Dkt. No. 72.

5. Given the United States' Motion to Dismiss and its possible effect on the litigation, and given the Court's decision to hold Academy's Motions to Dismiss and to Transfer Venue in abeyance pending its decision on the United States' Motion, counsel for Relator and Defendant have conferred, and both have agreed to, and therefore jointly request, a postponement of the Initial Case Management Conference and the deadline to file the Case Management Statement.

6. Counsel for the above Parties have conferred and agreed to, and therefore jointly request, that the Court postpone the deadline for the Case Management Statement and Initial Case Management Conference for two months.

7. Counsel for Academy is scheduled to participate in a trial in Texas that will begin on April 9, 2018, and is scheduled for two weeks. Accordingly, the Parties ask for a date to be set, at the Court's convenience, after April 23, 2018.

WHEREFORE, the Parties jointly request that the Case Management Statement deadline and Initial Case Management Conference be postponed until after April 23, 2018, to be set by a future Court Order.

Dated: February 20, 2018

By: /s/ Mitchel H. Kider
Mitchel H. Kider
Jason W. McElroy
Michael S. Trabon
Joseph M. Katz
WEINER BRODSKY KIDER PC
1300 19th Street, N.W.
Suite 500
Washington, DC 20036
202-628-2000
Fax: 202-628-2011
Email: kider@thewbkfirm.com

Thomas Michael McInerney
OGLETREE DEAKINS NASH
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
415-442-4810
Fax: 415-442-4870
Email: tmm@ogletree.com

Counsel for Defendant

By: /s/ Jonathan W. Ferris
J. Nelson Thomas
Michael J. Lingle
Jonathan W. Ferris
Annette M. Gifford
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: 585-272-0540
Facsimile: 585-272-0574

Sanford Jay Rosen
Van Swearingen
ROSEN BIEN GALVAN &
GRUNFELD LLP
50 Fremont Street
19th Floor
San Francisco, CA 94105

Counsel for Relator

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>**[PROPOSED] ORDER TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

| | |
|---|---|
| 1 | Upon consideration of the parties' joint request to postpone the Initial Case |
| 2 | Management Conference; and good cause appearing, IT IS HEREBY ORDERED that the |
| 3 | stipulation is GRANTED as follows: |
| 4 | |
| 5 | The Case Management Statement deadline and Initial Case Management Conference |
| 6 | are hereby **postponed**, pending a future Order from this Court. |
| 7 | The CMC is reset for 5/10/18 at 9:30 a.m.  A joint CMC statement shall |
| 8 | be filed by 5/3/18. |
| 9 | |
| 10 | Dated:    2/27/18 |

Honorable Edward M. Chen
United States District Court



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

JOINT MOTION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE