Claims paid by CY

| Claim Type (Fwd & HECM) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Claim Amount Paid | Original Claim Type | | | | | | | | | | | |
| CY | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Grand Total |
| 03335 | $31,631,585.06 | $38,845,182.47 | $28,658,122.07 | $23,073,753.35 | $9,649,276.46 | $4,841,831.87 | $3,953,736.51 | $3,890,397.71 | $937,307.53 | $25,909.27 | | $145,507,102.30 |
| 04718 | $32,283,246.88 | $122,004,439.64 | $133,544,702.32 | $65,890,974.34 | $19,296,596.99 | $19,488,407.01 | $25,399,752.01 | $16,423,090.88 | $10,726,118.48 | $2,870,590.09 | | $447,927,918.64 |
| 12489 | $6,009,656.21 | $12,936,385.56 | $9,074,992.35 | $1,772,699.35 | $835,418.71 | $811,355.72 | $327,812.34 | $185,779.03 | | | | $31,954,099.27 |
| 12617 | $30,242,755.91 | $183,712,992.52 | $188,107,796.08 | $67,533,713.23 | $22,973,148.13 | $24,356,119.66 | $11,596,498.67 | $6,150,990.88 | $6,227,703.08 | $813,761.12 | | $541,715,479.28 |
| 13065 | $462,150,276.73 | $697,252,957.75 | $1,458,739,545.74 | $950,361,639.25 | $174,381,531.59 | $55,856,705.31 | $33,044,012.90 | $5,056,906.19 | $1,434,578.67 | | | $3,838,278,154.13 |
| 13920 | $27,896,815.41 | $249,941,718.11 | $159,172,762.06 | $67,129,101.50 | $14,731,871.70 | $7,585,657.31 | $7,615,322.63 | $4,686,666.77 | $1,116,316.21 | $631,886.98 | | $540,508,118.68 |
| 16001 | $191,094,459.48 | $465,182,076.79 | $384,974,148.52 | $179,920,095.69 | $52,813,299.45 | $25,984,435.10 | $14,042,522.37 | $2,326,493.74 | $1,026,304.46 | $142,609.77 | | $1,317,506,445.37 |
| 17688 | $6,020,086.80 | $67,279,553.42 | $50,437,422.88 | $29,495,034.56 | $11,833,218.63 | $5,200,327.65 | $3,881,252.33 | $579,632.73 | $804,355.69 | | | $175,530,884.69 |
| 21490 | $179,279,582.16 | $305,084,130.31 | $63,423,862.52 | $37,545,717.27 | $12,654,307.32 | $11,700,952.03 | $8,155,235.97 | $3,969,301.91 | $2,612,021.57 | $83,105.57 | | $624,508,216.63 |
| 22995 | $1,140,801,483.83 | $2,504,790,994.56 | $1,373,400,776.24 | $1,030,506,762.77 | $395,903,623.93 | $238,370,023.12 | $128,872,971.35 | $18,662,150.20 | $7,391,237.62 | $556,825.99 | | $6,839,256,849.61 |
| 23177 | $14,286,984.14 | $54,727,727.75 | $56,368,268.69 | $35,646,274.15 | $9,076,847.26 | $6,136,154.96 | $4,689,974.12 | $829,435.97 | $249,867.68 | $66,374.89 | | $182,077,909.61 |
| 24751 | | | | $138,595.01 | | $4,058,790.11 | $4,903,421.63 | $11,771,608.14 | $6,619,481.54 | $1,524,665.78 | $29,292.26 | $29,045,854.47 |
| 30141 | $205,526,302.15 | $985,952,416.56 | $255,119,153.37 | $73,057,300.17 | $33,334,310.80 | $18,871,253.99 | $32,613,602.03 | $7,905,981.61 | $225,730.12 | | | $1,612,606,050.80 |
| 35029 | $29,375,522.36 | $57,756,570.63 | $70,451,808.17 | $37,935,384.72 | $14,802,602.55 | $9,426,242.62 | $6,520,888.84 | $3,001,799.38 | $357,799.19 | | | $229,628,618.46 |
| 49001 | $38,458,886.81 | $113,420,668.25 | $79,020,953.86 | $43,628,692.22 | $16,703,274.50 | $11,009,929.53 | $6,772,761.41 | $1,962,150.11 | $508,378.13 | $33,574.04 | $36,346.49 | $311,555,615.35 |
| 54179 | $334,855,901.00 | $895,679,818.22 | $318,472,359.89 | $81,914,258.46 | $22,717,713.27 | $9,485,488.19 | $5,281,353.45 | $1,887,584.68 | $578,854.06 | $190,635.16 | | $1,671,063,966.38 |
| 71075 | $26,718,722.08 | $57,270,148.29 | $67,616,121.51 | $26,871,091.06 | $8,301,468.52 | $4,930,502.72 | $1,726,276.25 | $351,223.06 | $471,411.83 | | | $194,256,965.32 |
| 71159 | $39,341,592.18 | $183,599,566.07 | $434,421,011.36 | $139,793,186.35 | $42,596,918.35 | $35,425,555.68 | $25,440,730.16 | $3,996,902.64 | $1,525,661.45 | $246,045.12 | $10,988.70 | $906,398,158.06 |
| 71247 | $43,061,171.54 | $70,619,727.89 | $43,588,627.45 | $14,621,936.90 | $4,588,835.38 | $3,765,036.66 | $6,258,458.73 | $1,252,066.97 | $535,148.06 | $342,432.69 | | $188,633,442.27 |
| 71845 | $161,001,483.71 | $366,310,716.31 | $384,809,871.57 | $72,385,299.18 | $22,285,105.58 | $23,956,615.29 | $11,462,307.34 | $904,122.78 | $507,123.05 | $83,219.93 | | $1,043,705,864.74 |
| 71970 | $11,675,729.63 | $279,306,895.02 | $492,062,567.17 | $223,282,767.09 | $109,387,418.65 | $110,503,628.47 | $81,423,203.47 | $32,083,848.37 | $23,060,133.42 | $3,661,613.42 | $148,828.18 | $1,366,596,632.89 |
| 73663 | $36,467,883.97 | $144,168,317.53 | $153,177,532.16 | $81,867,853.80 | $31,088,288.22 | $21,661,489.64 | $12,854,461.55 | $7,204,662.84 | $3,615,251.60 | $575,898.15 | | $492,681,639.46 |
| 75159 | $209,513,295.01 | $649,635,865.15 | $661,558,249.18 | $107,060,022.31 | $45,180,606.11 | $77,098,981.26 | $86,863,327.07 | $9,532,475.55 | $9,152,846.18 | $3,425,040.10 | | $1,859,020,707.92 |
| 75864 | $85,444,793.37 | $146,398,718.77 | $95,086,855.00 | $44,878,656.37 | $16,466,879.04 | $7,511,124.11 | $8,295,704.65 | $3,366,162.08 | $857,803.28 | $140,462.70 | | $408,447,159.37 |
| 76355 | $120,504,667.21 | $274,096,528.53 | $144,113,781.86 | $45,580,193.77 | $6,846,960.22 | $7,895,218.77 | $4,601,009.14 | $4,287,194.82 | $1,195,309.95 | $433,421.31 | | $609,554,285.58 |
| 76552 | | | | $456,485.57 | $231,644.65 | $326,340.53 | $497,681.97 | $108,161.89 | | | | $1,620,314.61 |
| 77848 | $221,155,573.01 | $506,086,028.94 | $397,126,216.48 | $153,422,403.92 | $28,403,477.24 | $30,532,548.77 | $9,771,808.72 | $2,301,487.37 | $1,569,134.91 | $371,009.59 | | $1,350,739,688.95 |
| 72575 | $19,136,976.85 | $48,493,264.85 | $109,021,951.37 | $52,319,635.59 | $14,161,128.57 | $9,855,354.65 | $10,157,564.97 | $7,344,518.59 | $3,987,924.11 | $1,059,086.68 | $35,535.50 | $275,572,941.73 |

Partial Claims paid by CY

| Underwriting Lender ID | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03335 | $739,443.13 | $1,580,478.51 | $2,222,521.99 | $2,952,888.14 | $2,205,761.03 | $2,036,700.18 | $2,174,624.31 | $1,810,760.69 | $1,066,106.02 | $217,073.78 | | $17,006,357.78 |
| 04718 | $823,312.33 | $5,910,860.14 | $12,551,443.10 | $12,857,668.25 | $8,932,873.52 | $10,288,243.67 | $10,992,230.39 | $8,698,786.57 | $8,438,347.05 | $1,956,562.14 | $11,076.34 | $81,461,403.50 |
| 12489 | $307,999.82 | $249,960.04 | $588,298.80 | $298,350.53 | $69,400.22 | $40,323.87 | $24,898.23 | $77,816.14 | $54,952.42 | | | $1,712,000.07 |
| 12617 | $1,353,989.09 | $9,919,100.20 | $18,527,063.71 | $15,349,252.80 | $11,588,296.31 | $14,481,729.73 | $9,604,581.63 | $6,688,012.83 | $6,817,402.60 | $2,232,370.20 | | $96,561,799.10 |
| 13065 | $20,659,416.29 | $56,868,833.38 | $231,363,444.60 | $201,739,009.15 | $51,338,424.28 | $18,616,390.30 | $9,925,109.67 | $2,535,454.49 | $969,073.65 | $11,159.90 | | $594,026,315.71 |
| 13920 | $1,674,071.69 | $19,467,062.27 | $30,772,361.34 | $21,507,568.80 | $10,393,231.49 | $9,228,643.68 | $7,865,978.07 | $6,086,866.95 | $5,257,439.98 | $846,452.23 | | $113,099,676.50 |
| 16001 | $5,994,133.42 | $22,538,592.91 | $39,588,943.77 | $28,420,163.06 | $10,863,428.16 | $7,048,406.62 | $3,257,971.61 | $1,038,124.76 | $602,092.62 | $81,896.27 | | $119,433,753.20 |
| 17688 | $444,222.39 | $8,482,237.96 | $9,767,248.96 | $11,145,103.50 | $5,338,044.02 | $4,353,442.60 | $3,540,747.57 | $1,122,051.93 | $1,029,958.61 | $343,529.99 | | $45,566,587.53 |
| 21490 | $5,508,844.06 | $19,017,142.40 | $11,477,012.88 | $12,198,203.53 | $9,971,460.73 | $7,821,807.55 | $7,980,592.92 | $5,498,593.68 | $5,231,522.32 | $1,378,886.31 | | $86,084,066.38 |
| 22995 | $41,918,009.35 | $140,295,280.37 | $154,263,962.75 | $209,853,019.22 | $159,652,521.76 | $113,791,687.16 | $58,490,125.58 | $12,659,795.98 | $13,078,483.90 | $1,422,136.45 | $48,743.44 | $905,473,765.96 |
| 23177 | $580,645.86 | $2,668,967.95 | $6,808,203.78 | $6,432,013.31 | $5,135,751.50 | $5,077,097.81 | $2,529,055.81 | $1,676,133.78 | $892,286.53 | $104,696.10 | | $31,904,852.43 |
| 24751 | | | $44,819.53 | $117,832.76 | $64,763.27 | $2,246,379.89 | $8,149,075.19 | $10,392,406.82 | $5,432,032.40 | $1,944,708.23 | $227,238.80 | $28,619,256.89 |
| 30141 | $9,943,024.66 | $65,187,938.27 | $28,858,651.48 | $16,390,587.03 | $9,832,185.97 | $9,925,239.28 | $10,843,365.97 | $3,651,830.89 | $300,431.02 | $200,355.88 | | $155,133,610.45 |
| 35029 | $1,360,214.36 | $3,970,081.71 | $9,308,493.84 | $7,347,040.35 | $4,853,608.49 | $5,060,762.93 | $3,039,208.61 | $2,757,314.96 | $1,174,644.38 | $38,275.41 | | $38,909,645.04 |
| 49001 | $1,515,861.95 | $5,082,830.90 | $6,562,540.27 | $8,485,590.29 | $6,145,443.17 | $5,355,758.02 | $4,659,521.88 | $2,107,718.89 | $1,369,669.14 | $340,344.89 | | $41,625,279.40 |
| 54179 | $9,255,866.73 | $37,100,338.61 | $20,247,384.63 | $8,571,156.81 | $4,431,828.35 | $2,419,909.23 | $1,474,699.06 | $834,932.08 | $481,293.39 | $33,688.86 | | $84,851,097.75 |
| 71075 | $904,683.67 | $2,404,939.88 | $5,576,844.70 | $4,387,394.11 | $2,389,855.64 | $2,711,690.17 | $1,797,843.69 | $903,864.18 | $868,450.33 | $225,376.30 | | $22,170,942.67 |
| 71159 | $1,725,665.31 | $9,865,936.81 | $47,038,465.67 | $23,950,458.13 | $11,241,483.69 | $12,311,059.32 | $8,597,257.86 | $2,687,676.51 | $520,422.85 | $164,421.60 | | $118,102,847.75 |
| 71274 | $6,597,641.51 | $38,270,137.44 | $53,341,531.98 | $25,254,929.43 | $18,303,954.95 | $14,215,595.24 | $6,698,005.51 | $10,882,208.90 | $11,222,926.04 | $1,473,020.94 | | $186,259,951.94 |
| 71845 | $3,786,026.62 | $14,377,621.12 | $27,659,797.13 | $7,791,341.99 | $3,466,909.72 | $6,664,912.05 | $4,073,511.95 | $1,283,685.87 | $362,961.42 | $45,460.16 | | $69,512,228.03 |
| 71970 | $488,468.18 | $14,551,532.38 | $45,302,356.09 | $25,885,400.10 | $12,465,998.76 | $13,789,928.48 | $9,513,635.25 | $7,813,723.30 | $13,173,167.19 | $3,333,189.96 | | $146,317,399.69 |
| 73663 | $1,500,212.45 | $8,578,677.80 | $15,899,471.11 | $20,907,492.77 | $15,934,998.60 | $14,861,093.40 | $9,280,333.79 | $6,770,853.79 | $4,103,634.19 | $558,162.25 | | $98,394,930.15 |
| 75159 | $6,638,159.11 | $32,815,206.55 | $70,784,677.97 | $20,006,926.68 | $7,765,948.50 | $16,103,422.08 | $19,438,852.86 | $3,511,500.06 | $8,858,327.18 | $6,346,187.95 | $52,879.31 | $192,322,088.25 |
| 75864 | $2,551,533.35 | $7,707,450.75 | $9,520,775.10 | $7,334,528.46 | $3,248,776.27 | $3,475,145.49 | $3,483,134.65 | $1,322,833.55 | $841,039.15 | $124,993.52 | | $39,610,210.29 |
| 76355 | $4,408,375.93 | $15,672,798.34 | $14,708,895.18 | $8,376,311.56 | $3,142,095.11 | $5,412,554.87 | $4,031,006.76 | $3,366,227.35 | $2,736,169.45 | $809,466.79 | | $62,663,901.34 |
| 76552 | | | | $58,069.86 | | $130,729.89 | $34,051.53 | $229,094.73 | $53,372.13 | | | $505,318.14 |
| 77848 | $8,408,063.16 | $25,912,072.80 | $39,660,990.27 | $22,702,977.66 | $7,793,279.95 | $7,594,299.04 | $5,484,441.17 | $1,616,445.55 | $780,409.26 | $38,180.18 | | $119,991,159.04 |
| 72575 | $511,284.64 | $1,725,109.34 | $10,173,592.91 | $13,120,157.31 | $9,237,377.24 | $10,801,470.37 | $9,898,996.09 | $7,149,594.88 | $6,626,021.24 | $1,318,644.05 | | $70,562,248.07 |

Lenders

| Lender | Lender ID | HUD Request Submitted |
|---|---|---|
| ACADAMY MORTGAGE CORP | 72575 | 18-FI-HQ-00463 |
| IBERIABANK MORTGAGE COMPANY | 03335 | 18-FI-HQ-00521 |
| GUILD MORTGAGE | 04718 | 18-FI-HQ-00471 |
| BANK OF THE WEST | 12489 | 18-FI-HQ-00467 |
| PRIMARY RESIDENTIAL MORTGAGE INC | 12617 | 18-FI-HQ-00475 |
| BANK OF AMERICA NA CHARLOTTE | 13065 | 18-FI-HQ-00523 |
| PROSPECT MORTGAGE LLC - Has Been Partially Sued | 13920 | 18-FI-HQ-00479 |
| U.S. Bank National Association | 16001 | 18-FI-HQ-00631 |
| RESIDENTIAL HOME FUNDING CORPORATION | 17688 | 18-FI-HQ-00603 |
| UNIVERSAL AMERICAN MORTGAGE CO LLC (Eagle Home Mortgage LLC) | 21490 | 18-FI-HQ-00481 |
| WELLS FARGO BANK NA | 22995 | 18-FI-HQ-00476 |
| PHH HOME LOANS LLC | 23177 | 18-FI-HQ-00585 |
| CARRINGTON MORTGAGE SERVICES LLC | 24751 | 18-FI-HQ-00527 |
| JPMorgan Chase Bank NA | 30141 | 18-FI-HQ-00633 |
| BRANCH BANKING AND TRUST CO | 35029 | 18-FI-HQ-00556 |
| REGIONS BANK | 49001 | 18-FI-HQ-00539 |
| Suntrust Mortgage Inc | 54179 | 18-FI-HQ-00632 |
| CHERRY CREEK MORTGAGE CORP INC | 71075 | 18-FI-HQ-00464 |
| FIFTH THIRD MORTGAGE COMPANY | 71159 | 18-FI-HQ-00558 |
| Flagstar Bank, FSB | 71274 | 18-FI-HQ-00634 |
| United Shore Financial Lending Services | 71845 | 18-FI-HQ-00635 |
| QUICKEN LOANS INC | 71970 | 18-FI-HQ-00470 |
| PRIMELENDING A PLAINSCAPITAL COMPANY | 73663 | 18-FI-HQ-00586 |
| FREEDOM MORTGAGE CORPORATION | 75159 | 18-FI-HQ-00490 |
| M AND T BANK | 75864 | 18-FI-HQ-00584 |
| SECURITYNATIONAL MORTGAGE COMPANY | 76355 | 18-FI-HQ-00487 |
| First American Mortgage Inc | 76552 | 18-FI-HQ-00629 |
| Franklin American Mortgage Corporation | 77848 | 18-FI-HQ-00630 |