## Litigation and Settlement of False Claims Act Actions Involving FHA Funds

| Rank | Total Value of Claims | Bank | Pursued by Government? | Government moved to dismiss? | Settlement amount |
|---|---|---|---|---|---|
| 1 | 2,389,260,108 | Wells Fargo | Yes | No | $1.2 billion |
| 2 | 1,505,269,995 | Bank of America | Yes | No | $800 million |
| 3 | 669,526,484 | Quicken Loans | Yes | No | In litigation |
| 4 | 482,428,609 | Flagstar Bank | Yes | No | $132.8 million |
| 5 | 420,397,343 | Freedom Mortgage | Yes | No | $113 million |
| 6 | 327,567,844 | U.S. Bank | Yes | No | $200 million |
| 7 | 308,508,768 | Fifth Third | Yes | No | $85 million |
| 8 | 272,381,903 | Franklin American | Yes | No | $70 million |
| 9 | 231,284,475 | Primelending | Yes | No | N/A |
| 10 | 222,271,318 | Guild Mortgage | Yes | No | In litigation |
| 11 | 217,152,175 | JP Morgan Chase | Yes | No | $614 million |
| 12 | 206,413,581 | Primary Residential Mortgage Inc. | Yes | No | $5 million |
| 13 | 164,683,004 | Prospect Mortgage | Yes | No | $4.157 million |
| 14 | 157,073,010 | Academy Mortgage | No | Yes | |
| 15 | 155,272,576 | United Shore Financial Lending Services | Yes | No | $48 million |
| 16 | 140,303,395 | Suntrust | Yes | No | $418 million |
| 17 | 126,801,709 | Eagle Home Mortgage | Yes | No | Currently under investigation |
| 18 | 109,119,153 | Regions Bank | Yes | No | $52.4 million |
| 19 | 101,347,243 | M&T Bank | Yes | No | $64 million |
| 20 | 98,713,140 | SecurityNational Mortgage Group | Yes | No | $5 million |
| 21 | 96,315,572 | Branch Banking & Trust Company | Yes | No | $83 million |
| 22 | 78,666,700 | Residential Home Funding Corp. | Yes | No | $1.67 million |
| 23 | 78,541,964 | PHH Home Loans | Yes | No | $65 million |
| 24 | 58,836,127 | IBERIABANK | Yes | No | $11.6 million |
| 25 | 57,620,292 | Carrington Mortgage Services | No | No | In litigation |
| 26 | 55,936,448 | Cherry Creek Mortgage | No | No | N/A |
| 27 | 4,498,807 | Bank of the West | No | No | N/A |
| 28 | 2,125,633 | First American Mortgage | Yes | No | $1.025 million |