










# HUD 2015 ENTERPRISE ROADMAP

VERSION 6.0

***Department of Housing and Urban Development***

***Office of the Chief Information Officer***

**May 2015**

www.hud.gov

production requirements across all of HUD – at Headquarters, Regional, and Field offices. Most notably, the Office of the General Counsel (OGC) Office of Program Enforcement (OPE) is involved in ongoing litigation with several institutions for conduct dating back as early as 2001. OPE is working with the Department of Justice (DOJ) Civil Frauds Division and HUD-OIG on the Big Lender Initiative, which involves investigations into FHA loan origination and underwriting by twenty of the largest FHA-approved lenders.

###### 6.2.3.8.2 HUD Enforcement Management System

HUD Enforcement Management System (HEMS) will support the investigation of complaints or issues by the Office of Fair Housing and Equal Opportunity (FHEO), the Office of General Counsel's (OGC) Department Enforcement Center, the Office of Lead Hazard Control and Healthy Homes (OLHCHH), and the Office of Field Policy Management (OFPM). HEMS will consolidate the functionality in the following systems:

- FHEO Title Eight Automated Paperless Office Tracking System (TEAPOTS),
- OGC Enforcement Center Information System (ECIS),
- OGC Departmental Enforcement Center Management System (DECMS),
- OGC Enforcement Center Program Compliance Information System (ECPCIS),
- OLHCHH Lead Enforcement Tracking System (LETS), and
- FPM Davis Bacon Labor Relations system (LR 2000).

The complaints and issues that are tracked in HEMS will be processed under a variety of enforcement and compliance schemes stemming from various statutory and regulatory authorities, including the Fair Housing Act, other civil rights authorities, HUD's program regulations, government-wide suspension and debarment authorities, lead-based paint enforcement authorities, and the Davis-Bacon Act. However, these enforcement and compliance schemes include several common basic components, including intake, investigation, settlement or enforcement, and remedy.

##### *6.2.3.9 Subsidies Management Segment*

###### 6.2.3.9.1 Next Generation Management System (NGMS)

The NGMS Initiative will provide a business solution to manage all facets of HUD's rental assistance programs. Ultimately, NGMS will improve how housing authorities and HUD work together in providing affordable housing programs to citizens. The goal is to integrate disparate systems to simplify and enhance the user experience from all perspectives in order to strengthen reporting and analysis capabilities for Rental Assistance programs and allow PIH leadership to address noted performance weaknesses. The new system will support approximately 3,100 Public Housing Agency (PHA) partners, administering over $20 billion in rental assistance. It will incorporate the functionality of the PIH Information Center (PIC), Voucher Management System (VMS), and Enterprise Income Verification (EIV) System, and other HUD rental assistance programs.

###### 6.2.3.9.2 Budget Formulation and Forecasting (BFF)

This project will give HUD the ability to determine the annual budget request with greater accuracy based on each PHA's capital fund grant, and by tracking units