**Weiner Brodsky Kider PC**
Mitchel H. Kider, CA Bar No. 116479
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Thomas M. McInerney, CA Bar No. 162055
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
Email: tmm@ogletreedeakins.com

*Attorneys for Defendant Academy Mortgage Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>　　　　Defendant. | Case No. 16-CV-02120-EMC<br><br>**JOINT MOTION AND PROPOSED ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

Defendant Academy Mortgage Corporation and Relator Gwen Thrower hereby jointly request, by and through their respective counsel, as follows:

1. The Initial Case Management Conference was initially set for July 13, 2016, and has previously been reset to March 27, 2017, April 27, 2017, July 27, 2017, January 18, 2018, March 1, 2018, and June 28, 2018.

2. On November 30, 2017, the Court heard argument regarding the United States of America's Motion to Dismiss Relator's Amended Complaint. At that time, the Court asked for further briefing on the United States' Motion to Dismiss.

3. The supplemental briefing concerning the United States' Motion to Dismiss was completed on January 4, 2018.

4. On April 25, 2018, the Court ordered Relator to proffer evidence in support of her request for an evidentiary hearing on the United States' Motion to Dismiss, and for the United States to respond to Relator's submission.

5. Relator's evidentiary proffer was submitted on May 17, 2018, and the United States' response was submitted on May 31, 2018.

6. The Court has held Academy's Motion to Dismiss and its Motion to Transfer Venue in abeyance pending its decision on the United States' Motion to Dismiss the Amended Complaint. *See* Dkt. No. 64; Dkt. No. 72.

7. Given the United States' Motion to Dismiss and its possible effect on the litigation, and given the Court's decision to hold Academy's Motions to Dismiss and to Transfer Venue in abeyance pending its decision on the United States' Motion, counsel for Relator and Defendant have conferred, and both have agreed to, and therefore jointly

request, a postponement of the Initial Case Management Conference and the deadline to file the Case Management Statement.

8. Counsel for the above Parties have conferred and agreed to, and therefore jointly request, that the Court postpone the deadline for the Case Management Statement and Initial Case Management Conference for two months.

WHEREFORE, the Parties jointly request that the Case Management Statement deadline and Initial Case Management Conference be postponed until after August 30, 2018, on a date to be set by a future Court Order.

Dated: June 15, 2018

By: /s/ Mitchel H. Kider
    Mitchel H. Kider
    Jason W. McElroy
    Joseph M. Katz
    WEINER BRODSKY KIDER PC
    1300 19th Street, N.W.
    Suite 500
    Washington, DC 20036
    202-628-2000
    Fax: 202-628-2011
    Email: kider@thewbkfirm.com

    Thomas Michael McInerney
    OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
    Steuart Tower, Suite 1300
    One Market Plaza
    San Francisco, CA 94105
    415-442-4810
    Fax: 415-442-4870
    Email: tmm@ogletree.com


Counsel for Defendant

By: /s/ Jonathan W. Ferris
    J. Nelson Thomas
    Michael J. Lingle
    Jonathan W. Ferris
    Annette M. Gifford
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Sanford Jay Rosen
    Van Swearingen
    ROSEN BIEN GALVAN & GRUNFELD LLP
    50 Fremont Street
    19th Floor
    San Francisco, CA 94105

Counsel for Relator

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>**[PROPOSED] ORDER TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

Upon consideration of the parties' joint request to postpone the Initial Case Management Conference; and good cause appearing, IT IS HEREBY ORDERED that the stipulation is GRANTED as follows:

The Case Management Statement deadline and Initial Case Management Conference are hereby **postponed**, ~~pending a future Order from this Court~~. CMC reset for 9/20/18 at 9:30 a.m. Joint CMC statement due 9/13/18.

Dated: 6/20/18



_____
Edward M. Chen
United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen