**Weiner Brodsky Kider PC**
Mitchel H. Kider, CA Bar No. 116479
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Thomas M. McInerney, CA Bar No. 162055
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
Email: tmm@ogletreedeakins.com

*Attorneys for Defendant Academy Mortgage Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>**JOINT MOTION AND PROPOSED ORDER TO RESET HEARING DATE**<br><br>Judge: Hon. Edward M. Chen |

Defendant Academy Mortgage Corporation ("Academy") and Relator Gwen Thrower ("Relator") hereby jointly request, by and through their respective counsel, as follows:

1. Relator filed an Amended Complaint on April 27, 2017. Dkt. 45.

2. On June 8, 2017, Academy filed a Motion to Dismiss the Amended Complaint and an Amended Motion to Transfer Venue. Dkt. 48-50.

3. Academy's Motion to Dismiss and Motion to Transfer were originally set for hearing on July 27, 2017.

4. On July 19, 2017, the United States of America filed a Motion to Dismiss Relator's Complaint.

5. On July 20, 2017, the Court *sua sponte* postponed the hearing on Academy's Motion to Dismiss and Motion to Transfer to August 22, 2017.

6. At the joint request of Relator, Academy, and the United States, the Court has held Academy's Motion to Dismiss and its Motion to Transfer Venue in abeyance pending its decision on the United States' Motion to Dismiss the Amended Complaint, and removed the hearing on those motions from its docket. *See* Dkt. No. 64; Dkt. No. 72.

7. On June 29, 2018, the Court denied the United States' Motion to Dismiss the Amended Complaint, and Denied as Moot Relator's Request for an Evidentiary Hearing.

8. Given the Court's denial of the United States' Motion to Dismiss, Relator and Academy agree that Academy's Motion to Dismiss and Motion to Transfer Venue are now ripe to be heard, and therefore jointly request that the hearing be placed back on the Court's docket.

9. Counsel for the Parties have conferred and agreed to, and therefore jointly request, that the Court place the hearing on Academy's Motion to Dismiss and Motion to Transfer on the docket for August 2, 2018, at 1:30 pm.

WHEREFORE, the Parties jointly request that the hearing on Academy's Motion to Dismiss the Amended Complaint and Motion to Transfer Venue be placed on the Court's docket for August 2, 2018 at 1:30 pm.

Dated: July 6, 2018

By: */s/ Mitchel H. Kider*
Mitchel H. Kider
Jason W. McElroy
Joseph M. Katz
WEINER BRODSKY KIDER PC
1300 19th Street, N.W.
Suite 500
Washington, DC 20036
202-628-2000
Fax: 202-628-2011
Email: kider@thewbkfirm.com

Thomas Michael McInerney
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
415-442-4810
Fax: 415-442-4870
Email: tmm@ogletree.com

Counsel for Defendant

By: */s/ Jonathan W. Ferris*
J. Nelson Thomas
Michael J. Lingle
Jonathan W. Ferris
Annette M. Gifford
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: 585-272-0540
Facsimile: 585-272-0574

Sanford Jay Rosen
Van Swearingen
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street
19th Floor
San Francisco, CA 94105

Counsel for Relator

UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 16-CV-02120-EMC<br><br>**[PROPOSED] ORDER TO RESET HEARING**<br><br>Judge:   Hon. Edward M. Chen |

Upon consideration of the parties' joint request to reset the hearing on Academy's Motion to Dismiss the Amended Complaint and Motion to Transfer Venue, and good cause appearing, IT IS HEREBY ORDERED that the stipulation is GRANTED as follows:

The hearing on Academy's Motion to Dismiss the Amended Complaint and Motion to Transfer Venue shall be placed on the Court's docket for A~~ugust 2~~ July 19, 2018 at 1:30 pm.

Dated: 7/11/2018



Honorable _____
 _____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

JOINT MOTION AND [PROPOSED] ORDER TO RESET HEARING