UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER TO THE AMENDED COMPLAINT**<br><br>Civil Action No. 3:16-cv-02120 (EMC)<br><br>Hon. Edward M. Chen |

Upon consideration of the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the Stipulation to Extend Time to Answer the First Amended Complaint is GRANTED; and it is further ORDERED that Defendant Academy Mortgage Corporation's deadline to Answer Relator's Amended Complaint shall be extended to September 28, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: September 9, 2018

_____
By:   HONORABLE EDWARD M. CHEN
      UNITED STATES DISTRICT COURT JUDGE
      NORTHERN DISTRICT OF CALIFORNIA