WEINER BRODSKY KIDER PC
Mitchel H. Kider, CA Bar No. 116479
Jason W. McElroy (*Pro Hac Vice*)
Joseph M. Katz (*Pro Hac Vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone:  202.628.2000
Facsimile:  202.628.2011
Email: kider@thewbkfirm.com
          mcelroy@thewbkfirm.com
          katz@thewbkfirm.com


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Thomas M. McInerney, CA Bar No. 162055
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:  415.442.4810
Facsimile:  415.442.4870
Email:  tmm@ogletreedeakins.com

*Attorneys for Defendant Academy Mortgage Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | **DEFENDANT ACADEMY MORTGAGE CORPORATION'S REPLY TO RELATOR'S ARGUMENTS IN OPPOSITION TO GOVERNMENT'S MOTION TO STAY**<br><br>Civil Action No. 3:16-cv-02120 (EMC)<br><br>Hon. Edward M. Chen |

Defendant Academy Mortgage Corporation ("Academy") hereby submits this Reply to Relator Gwen Thrower's Arguments in Opposition to the Government's Motion to Stay Proceedings, by and through undersigned counsel, pursuant to Civil Local Rule 7-3.  While the Court's Order setting the briefing schedule for this motion did not identify a date for Academy to

111

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

1    respond, Academy is compelled to respond to correct inaccurate portrayals of its interests by

2    Relator in her Opposition.

3          In Relator's Opposition papers (Dkt. No. 123), she states without support that Relator

4    and Academy will be prejudiced by the Government's requested stay.  As the Government noted

5    in its Motion for Stay (Dkt. No. 115), Academy consents to the relief sought by the Government.

6    Relator did not consult with Academy's counsel to discuss this statement, and Academy denies

7    that any prejudice will result from a stay of these proceedings.

8          Instead, Academy will be prejudiced if, in the absence of a stay, Academy is forced to

9    move forward with discovery and the Government is ultimately successful in its appeal.  This

10   case will require extensive discovery practice directed at the U.S. Department of Housing and

11   Urban Development and its employees that manage the FHA-insurance program, including

12   significant amounts of electronically stored information.  *See* Dkt. 69-1, Decl. of C. Reimer in

13   Support of Motion to Dismiss (identifying the scope of discovery against the government in

14   similar FHA-related false claims act cases to involve millions of pages and hundreds of

15   custodians).  Additionally, Relator has identified hundreds of potential witnesses in support of its

16   case, located in more than a dozen different states, all of whom must be deposed in preparation

17   of Academy's defense of this matter.  *See* Dkt. No. 53-1, Decl. of J. Ferris in Opposition to

18   Motion to Transfer.  This will result in significant time and money expended to defend a case

19   that the real party-in-interest, the United States of America, views as unworthy to proceed.

20         Academy reiterates its consent to the relief requested by the Government.  To the extent

21   necessary pursuant to Local Rule 7-3(b), Academy hereby formally states its non-opposition.

22   Respectfully submitted,

23                        **WEINER BRODSKY KIDER PC**

24               By:         */s/ Mitchel H. Kider*

25                       Mitchel H. Kider

26   Dated: September 10, 2018

27

28                       Defendant's Reply to Relator's Arguments in Opposition
                    to Government's Motion to Stay – Case No.  3:16-cv-
                    02120 (EMC)