UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>          Plaintiff,<br><br>    vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>          Defendant. | **[PROPOSED]** ORDER GRANTING **DEFENDANT ACADEMY MORTGAGE CORPORATION'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Civil Action No. 3:16-cv-02120 (EMC)<br><br>Hon. Edward M. Chen |

Upon consideration of Defendant Academy Mortgage Corporation's ("Academy") Motion for Leave to File Motion for Reconsideration, and for good cause shown, IT IS HEREBY ORDERED that Academy's Motion for Leave to File Motion for Reconsideration is GRANTED; and it is further ORDERED that Academy may file a Motion for Reconsideration of the Court's August 24, 2018, Order Regarding Defendant's Motion to Transfer Venue and Motion to Dismiss.

DATE: September ____, 2018

By:    _____
          HONORABLE EDWARD M. CHEN
          UNITED STATES DISTRICT COURT JUDGE
          NORTHERN DISTRICT OF CALIFORNIA

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

Defendant's Motion for
Leave to File Motion for Reconsideration
Case No.  3:16-cv-02120 (EMC)