OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** September 27, 2018  **Time:** 9:33 – 10:03 = 30 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 16-cv-02120-EMC  **Case Name:** United States of America v. Academy Mortgage Corporation

**Attorney for Plaintiff:** J. Nelson Thomas, Van Swearingen

**Attorney for Defendant:** Jason McElroy

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Not Reported

PROCEEDINGS

Case Management Conference held.

SUMMARY

The Court noted there are two motions under consideration: Plaintiff's Motion to Stay and Defendant's Motion for Reconsideration and informed the parties these motions will be ruled on shortly.

Regarding the designation of an ESI Liason, Relator is prepared to designate one. Defendant is prepared to designate someone who is fully knowledgeable. Defense counsel stated by next Friday, Oct. 5, will commit to getting someone from the company on the phone for answers knowledgeable about preservation methods.

The Court set the following dates in this regard and ordered Plaintiff to comprise a list of questions which ESI Liason would be able to answer by Tuesday, Oct. 2, 2018. Designation of ESI Liason due by Oct. 12. Parties to meet and confer with designated liason to discuss matters required by Court's ESI Guidelines, including the topic of phased discovery plan taking ADR into account, by Oct. 19, 2018. Furthermore, the Court ordered the parties to file a stipulated protective order by Oct. 12, 2018 with status report regarding discovery plan to the Court due by Oct. 26, 2018.

The Court strongly encouraged the parties to move forward quickly and set trial for April 27, 2020 at 8:30 a.m. Scheduling Order with all other deadlines to issue.

Further Status Conference set 12/11/2018 at 10:30 a.m.