J. NELSON THOMAS (admitted *pro hac vice*)
MICHAEL J. LINGLE (admitted *pro hac vice*)
JONATHAN W. FERRIS (admitted *pro hac vice*)
ANNETTE M. GIFFORD - 270777
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Email:       nthomas@theemploymentattorneys.com
             mlingle@theemploymentattorneys.com
             jferris@theemploymentattorneys.com
             agifford@theemploymentattorneys.com

SANFORD JAY ROSEN – 062566
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       srosen@rbgg.com
             vswearingen@rbgg.com

Attorneys for
RELATOR GWEN THROWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>           Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>           Defendant. | **RELATOR'S CONSENT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY FOR THE DECEMBER 11, 2018 STATUS CONFERENCE AND TO RESET ORAL ARGUMENT REGARDING RELATOR'S MOTION TO STRIKE**<br><br>Civil Action No. 3:16-cv-02120 (EMC)<br><br>Hon. Edward M. Chen |

Relator Gwen Thrower hereby moves as follows:

1. Pursuant to the Court's September 27, 2018 minute order, a status conference in this action is currently set for December 11, 2018 at 10:30 a.m. in San Francisco.

2. Relator's counsel, located in Rochester, New York, is unable to appear for this status conference in San Francisco on this date, but would be able to appear via telephone at that date

and time.

3. Counsel for Academy, whom is located in Washington, DC, consents to attending the status conference telephonically.

4. Accordingly, the parties therefore request that the Court allow the parties to appear via telephone for the December 11, 2018 status conference.

5. Furthermore, on October 19, 2018, Relator filed a Notice of Motion and Motion to Strike Affirmative Defenses in Academy's September 28, 2018 Answer to the Amended Complaint. *See* Dkt. No. 137.

6. That motion is now fully briefed. *See* Dkt. Nos. 137, 144, 151.

7. After Relator set the date for oral argument regarding this motion, the Court indicated that the Court was unavailable that date and requested that Relator reset the date for a date that the Court is available. *See* Dkt. No. 138.

8. The parties have since conferred regarding their availability for oral argument and would be available for oral argument regarding Relator's Motion to Strike on January 17, 2019 at 1:30 p.m. in San Francisco.

9. The parties therefore request that the Court also reset oral argument regarding Relator's Motion to Strike for January 17, 2019 at 1:30 p.m. in San Francisco.

10. WHEREFORE, the parties request that the Court order that the parties may appear telephonically for the December 11, 2018 status conference and that oral argument regarding Relator's Motion to Strike is reset for January 17, 2019 at 1:30 p.m. in San Francisco.

///

Respectfully submitted,

Dated: November 30, 2018

**THOMAS & SOLOMON LLP**

By:  /s/ Jonathan W. Ferris
     Jonathan W. Ferris, Esq.

RELATOR'S CONSENT MOTION TO APPEAR TELEPHONICALLY FOR THE DECEMBER 11, 2018 STATUS CONFERENCE AND TO RESET ORAL ARGUMENT REGARDING RELATOR'S MOTION TO STRIKE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING CONSENT MOTION TO APPEAR TELEPHONICALLY FOR THE DECEMBER 11, 2018 STATUS CONFERENCE AND TO RESET ORAL ARGUMENT REGARDING RELATOR'S MOTION TO STRIKE**<br><br>Civil Action No. 3:16-cv-02120 (EMC)<br><br>Hon. Edward M. Chen |

Upon consideration of Relator's Consent Administrative Motion to Appear Telephonically for the December 11, 2018 Status Conference and to Reset Oral Argument Regarding Relator's Motion to Strike, IT IS HEREBY ORDERED that: (1) the parties may appear telephonically for the December 11, 2018 10:30 a.m. status conference and (2) oral argument regarding Relator's Motion to Strike is reset for January 17, 2019 at 1:30 p.m. in San Francisco. **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: November ____, 2018

                                                        _____
                                                  By:   HONORABLE EDWARD M. CHEN
                                                        UNITED STATES DISTRICT COURT JUDGE
                                                        NORTHERN DISTRICT OF CALIFORNIA

RELATOR'S CONSENT MOTION TO APPEAR TELEPHONICALLY FOR THE DECEMBER 11, 2018 STATUS CONFERENCE AND TO RESET ORAL ARGUMENT REGARDING RELATOR'S MOTION TO STRIKE