| | |
|---|---|
| UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT | **FILED**<br>DEC 21 2018<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

v.

GWEN THROWER, Realtor,

    Plaintiff-Appellee,

v.

ACADEMY MORTGAGE CORPORATION,

    Defendant.

No. 18-16408

D.C. No. 3:16-cv-02120-EMC
Northern District of California,
San Francisco

ORDER

Before: LEAVY and HURWITZ, Circuit Judges.

The parties' unopposed motions for extensions of time to file responses addressing this court's August 27, 2018 order to show cause (Docket Entry Nos. 9, 11) are granted. The responses have been filed.

The August 27, 2018 order is discharged. The parties shall address whether this court has jurisdiction over this appeal under the collateral order doctrine in their principal briefs.

Appellee's motion for an extension of time (Docket Entry No. 14) to respond to appellant's motion to stay district court proceedings and expedite this

AC/MOATT

appeal is denied.

Appellant's motion to stay district court proceedings and to expedite this appeal (Docket Entry No. 13) is granted. District court proceedings are stayed pending resolution of this appeal.

The opening brief is due January 18, 2019. The answering brief is due February 15, 2019. The optional reply brief is due within 21 days after service of the answering brief.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).