FILED

JAN 7 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>GWEN THROWER, Realtor,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>ACADEMY MORTGAGE CORPORATIONN,<br><br>        Defendant. | No.   18-16408<br><br>D.C. No. 3:16-cv-02120-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's motion (Docket Entry No. 18) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellant shall file a motion to reset the remaining briefing schedule within 7 days of the restoration of funding.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 12/31/2018/Pro Mo