**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | [PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY FOR THE MARCH 19, 2020 STATUS CONFERENCE<br><br>Civil Action No. 3:16-cv-02120 (EMC)<br><br>**Date:** March 19, 2020<br>**Time:** 10:30 a.m. (PDT)<br>**Courtroom:** 5, 17th Floor<br>**Judge:** Honorable Edward M. Chen |

Upon consideration of the Parties' Joint Motion to Appear Telephonically for the March 19, 2020 Status Conference, it is hereby ORDERED that the Parties' Joint Motion to Appear Telephonically for the March 19, 2020 Status Conference is hereby GRANTED. Parties shall make arrangements to appear through Court Call.

Dated: March 12, 2020

_____
Honorable Edward M. Chen
United States District Judge