Pete Marketos (admitted *pro hac vice*)
Joshua Russ (admitted *pro hac vice*)
Andrew Wirmani (admitted *pro hac vice*)
Leslie Chaggaris (admitted *pro hac vice*)
Tyler Bexley (admitted *pro hac vice*)
Brett Rosenthal (admitted *pro hac vice*)
Jamison Joiner (admitted *pro hac vice*)
REESE MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, Texas 75201

Alex Reese (State Bar No. 280530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: areese@fbm.com

Attorneys for Relator Gwen Thrower

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No. 3:16-cv-02120 (EMC)<br><br>**RELATOR'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL IN RELATOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Edward M. Chen |

Relator Gwen Thrower submits this Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Support of Relator's Motion to for Partial Summary Judgment. Pursuant to Local Rule 79-5(f), Relator identifies the following documents that Defendant Academy Mortgage Corporation has marked as confidential and thus require sealing under the Stipulated Protective Order (Doc. 141):

- Ex. A-1: Expert Report of Susan E. Neal, which Academy designated as confidential;

Relator's Administrative Motion to Consider Whether Another Party's Material Should be Filed
Under Seal in Relator's Motion for Partial Summary Judgment
Case No. 3:16-cv-02120 (EMC)

1

- Ex. A-3: Expert Report of Chris Bennet, which has been marked as confidential due to its reliance on documents and material that Academy designated as confidential;
- Ex. A-5: Communications with HUD that Academy produced during discovery and designated as confidential.

Dated: June 23, 2022

                                                    Respectfully submitted,

                                                    */s/ Joshua M. Russ*
Joshua M. Russ (admitted *pro hac vice*)
REESE MARKETOS LLP
Attorney for Relator

Relator's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Relator's Motion for Partial Summary Judgment
Case No. 3:16-cv-02120 (EMC)

2