**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, CA Bar No. 116479
Jason W. McElroy (*pro hac vice*)
Joseph M. Katz (*pro hac vice*)
Jasmine Jean-Louis (*pro hac vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com, mcelroy@thewbkfirm.com,
    katz@thewbkfirm.com, jean-louis@thewbkfirm.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Thomas M. McInerney, CA Bar No. 162055
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415.442.4810
Facsimile: 415.442.4870
Email: tmm@ogletree.com

*Attorneys for Defendant Academy Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No. 3:16-cv-02120 (EMC) (SK)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ACADEMY MORTGAGE CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. Edward M. Chen |

Upon consideration of Defendant Academy Mortgage Corporation's ("Academy") Statement Concerning Relator's Motion to Consider Whether Another Party's Material Should be Sealed ("Motion"), ECF 324, it is hereby ORDERED that the Motion is Granted. There is a compelling reason that warrants the sealing of the Exhibits.

The Documents will be sealed pursuant to the following:

| Document | Portion to Seal |
|---|---|
| Ex. A-2 communications concerning annual certifications to be included in Relator's Motion to Exclude Expert Testimony of Keith Becker | Entire document |
| Ex. A-3 annual certification concerning Relator's Motion to Exclude Expert Testimony of Keith Becker | Entire document |
| Ex. A-5 internal Academy document | Entire document |

DATED: June 30, 2022

By_____
Hon. Edward M. Chen
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA