Pete Marketos (admitted *pro hac vice*)
Joshua Russ (admitted *pro hac vice*)
Andrew Wirmani (admitted *pro hac vice*)
Leslie Chaggaris (admitted *pro hac vice*)
Tyler Bexley (admitted *pro hac vice*)
Brett Rosenthal (admitted *pro hac vice*)
Jamison Joiner (admitted (*pro hac vice*)
REESE MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, Texas 75201

Alex Reese (State Bar No. 280530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: areese@fbm.com

Attorneys for Relator Gwen Thrower

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No. 3:16-cv-02120 (EMC)<br><br>**RELATOR'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL IN RELATOR'S RESPONSE TO ACADEMY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Edward M. Chen<br>Date:     **July 28, 2022**<br>Time:    **1:30 P.M.**<br>Ctrm:    **Remote or TBD** |

**NOTICE OF MOTION AND MOTION**

**To all parties and counsel of record:** Pursuant to Local Rule 79-5(f), please take notice that Relator is filing this Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Support of Relator's Response to Academy's Motion for Summary

Relator's Administrative Motion to Consider Whether Another
Party's Material Should be Filed Under Seal in Relator's
Response to Academy's Motion for Summary Judgment
Case No.  3:16-cv-02120 (EMC)

1

Judgment. The Court has set a remote hearing for dispositive motions for July 28, 2022 at 1:30 p.m. Pacific. Doc. 312. This motion is based on the Notice of Motion and Motion, the supporting declarations, the pleadings, discovery, and evidence in this case, arguments of counsel, and any other materials the Court may consider in connection with the hearing on the motion.

\* \* \* \*

Pursuant to Local Rule 79-5(f), Relator identifies the following documents that either a party or non-party has marked as confidential and thus require sealing under the Stipulated Protective Order (Doc. 141) or Relator's agreement with non-party Quicken Loans, LLC ("Quicken") (attached hereto as Exhibit A).[1]

**Response Brief**

- Relator's Response to Defendant Academy Mortgage Corporation's Motion for Summary Judgment because it relies on, cites, and quotes the documents identified below.

**Documents marked confidential by Defendant Academy Mortgage Corporation:**

- Ex. 1: Academy_027073-Academy_027077
- Ex. 2: Academy_1116347-Academy_1116351
- Ex. 3: Academy_304247-Academy_304248
- Ex. 4: Academy_2314097-Academy_23141010
- Ex. 5: Academy_244402-Academy_244405
- Ex. 6: Academy_269834-Academy_269836
- Ex. 7: Academy_2313857
- Ex. 8: Academy_169121-Academy_169159
- Ex. 9: Academy_272279-Academy_272284
- Ex. 10: Academy_271282-Academy_271291
- Ex. 11: Academy_241922-Academy_241924

---

[1] Relator requested access to certain exhibits that were filed under seal in a case in the Eastern District of Michigan, captioned and numbered *United States of America v. Quicken Loans Inc.*, Case No. 16-14050. Quicken agreed to that access on an attorneys-eyes only basis. To that end, Quicken marked the documents as confidential and AEO. Relator now seeks to file the same documents under seal in this proceeding.

Relator's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Relator's Response to Academy's Motion for Summary Judgment
Case No.  3:16-cv-02120 (EMC)

- Ex. 12: Academy_307650
- Ex. 13: Academy_242063
- Ex. 14: Academy_256164-Academy_256165
- Ex. 15: Academy_935023-Academy_935025
- Ex. 16: Academy_1116696-Academy_1116738
- Ex. 17: Academy_027181-Academy_027184
- Ex. 18: Academy_563209-Academy_563212
- Ex. 19: Academy_387311-Academy_387315
- Ex. 20: Academy_315109-Academy_315113
- Ex. 21: Academy_383690-Academy_383692
- Ex. 22: Academy_541796
- Ex. 23: Academy_359477-Academy_359484
- Ex. 24: Academy_2009792-Academy_2009804
- Ex. 25: Academy_1844449-Academy_1844452
- Ex. 26: Expert Report of Christopher J. Bennett, Ph.D., which has been marked as confidential due to its reliance on documents and materials that Academy designated as confidential.
- Ex. 27: Expert Report of W. Barefoot Bankhead, which has been marked as confidential due to its reliance on documents and materials that Academy designated as confidential.
- Ex. 27A: Amended Exhibit 5 to the Expert Report of W. Barefoot Bankhead, prepared on behalf of Relator Gwen Thrower, which has been marked as confidential due to its reliance on documents and materials that Academy designated as confidential.
- Ex. 27B: Amended Exhibit 6 to the Expert Report of W. Barefoot Bankhead, prepared on behalf of Relator Gwen Thrower, which has been marked as confidential due to its reliance on documents and materials that Academy designated as confidential.
- Ex. 28: Responsive Expert Report of W. Barefoot Bankhead, which has been marked as

Relator's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Relator's Response to Academy's Motion for Summary Judgment
Case No.  3:16-cv-02120 (EMC)

3

confidential due to its reliance on documents and materials that Academy designated as confidential.

- Ex. 29: Expert Rebuttal Report of Christopher James
- Ex. 30: Academy_123306-Academy_123309
- Ex. 32: Academy_285093-Academy_285095
- Ex. 33: Academy_403704-Academy_403706
- Ex. 34: Academy_939663
- Ex. 35: Academy_948388
- Ex. 36: Academy_1409730
- Ex. 37: Academy_1755294-Academy_1755295
- Ex. 40: Academy_1025501-Academy_1025520
- Ex. 43: REL004131-REL004194[2]
- Ex. 47: Academy_534204-Academy_534208
- Ex. 48: Academy_561944-Academy_561945
- Ex. 49: Academy_2247225
- Ex. 50: Academy_2247226-Academy_2247227
- Ex. 52: Academy_1409730
- Ex. 53: Academy_028373-Academy_028416
- Ex. 60: Expert Rebuttal Report of Kori Keith
- Ex. 61: Academy_027201-Academy_027203
- Ex. 62: Academy_386277-Academy_386278
- Ex. 63: Academy_563209-Academy_563212
- Ex. 64: Academy_414106-Academy_414165
- Ex. 66: Academy_283964
- Ex. 67: Academy_304247-Academy_304248

---

[2] Relator designated these documents as confidential only because Academy designated a similar, if not identical, document as confidential. Therefore, Academy bears the burden of justifying the confidential designation.

Relator's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Relator's Response to Academy's Motion for Summary Judgment
Case No.  3:16-cv-02120 (EMC)

- Ex. 68: Academy_272248-Academy_272251
- Ex. 69: Academy_271282-Academy_271284
- Ex. 70: Academy_256164-Academy_256165
- Ex. 71: Academy_103606-Academy_103609
- Ex. 72: Academy_244402-Academy_244405
- Ex. 75: Chart re Indemnification and Materiality
- Ex. 75A: Academy_023802-Academy_023803
- Ex. 75B: Academy_023842-Academy_023844
- Ex. 75C: Academy_023962-Academy_023963
- Ex. 75D: Academy_023899-Academy_023890
- Ex. 75E: Academy_024014
- Ex. 75F: Academy_289736-Academy_289748
- Ex. 75G: Academy_289766-Academy_289771
- Ex. 75H: REL_HUD-000041-REL_HUD-000042[3]
- Ex. 75I: REL_HUD-000031-REL_HUD-000032[4]
- Ex. 75J: REL_HUD-000049-REL_HUD-000051[5]
- Ex. 75K: REL_HUD-000054-REL_HUD-000056[6]
- Ex. 75L: REL_HUD-000060-REL_HUD-000064[7]

---

[3] Relator designated these documents as confidential only because Academy designated a similar, if not identical, document as confidential. Therefore, Academy bears the burden of justifying the confidential designation.

[4] Relator designated these documents as confidential only because Academy designated a similar, if not identical, document as confidential. Therefore, Academy bears the burden of justifying the confidential designation.

[5] Relator designated these documents as confidential only because Academy designated a similar, if not identical, document as confidential. Therefore, Academy bears the burden of justifying the confidential designation.

[6] Relator designated these documents as confidential only because Academy designated a similar, if not identical, document as confidential. Therefore, Academy bears the burden of justifying the confidential designation.

[7] Relator designated these documents as confidential only because Academy designated a similar, if not identical, document as confidential. Therefore, Academy bears the burden of justifying the confidential designation.

Relator's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Relator's Response to Academy's Motion for Summary Judgment
Case No. 3:16-cv-02120 (EMC)

5

- Ex. 75M: Academy_017548
- Ex. 75N: Academy_018268-Academy_018269
- Ex. 75O: Academy_019355-Academy_019356
- Ex. 75P: Academy_020169-Academy_020170
- Ex. 75Q: Academy_020212-Academy_020213
- Ex. 75R: REL004131-REL004140[8]
- Ex. 75S: Academy_017542
- Ex. 75T: Academy_017554-Academy_017555
- Ex. 75U: Academy_021223-Academy_021224
- Ex. 75V: Academy_019307-Academy_019308
- Ex. 75W: Academy_020126-Academy_020127
- Ex. 75X: Academy_018261
- Ex. 75Y: Academy_020151-Academy_020152
- Ex. 75Z: Academy_021152-Academy_021153
- Ex. 75AA: Academy_020634-Academy_020635
- Ex. 75BB: Academy_1025026-Academy_1025035
- Ex. 75CC: Academy_680329-Academy_680330
- Ex. 75DD: Academy_527003-Academy_527006
- Ex. 75EE: Academy_534869-Academy_534871
- Ex. 75FF: Academy_1168177-Academy_1168181
- Ex. 75GG: Academy_1025333-Academy_1025352
- Ex. 75HH: Academy_526066-Academy_526070
- Ex. 75II: Academy_525915-Academy_525920
- Ex. 75JJ: Academy_525701-Academy_525703
- Ex. 75KK: Academy_525706-Academy_525708

---

[8] Relator designated these documents as confidential only because Academy designated a similar, if not identical, document as confidential. Therefore, Academy bears the burden of justifying the confidential designation.

Relator's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Relator's Response to Academy's Motion for Summary Judgment
Case No.  3:16-cv-02120 (EMC)

- Ex. 75LL: Academy_525716-Academy_525718
- Ex. 75MM: Academy_525696-Academy_525698
- Ex. 75NN: Academy_525711-Academy_525713
- Ex. 75OO: Academy_525837-Academy_525842
- Ex. 75PP: Academy_525852-Academy_525857
- Ex. 75QQ: Academy_525847-Academy_525848
- Ex. 75RR: Academy_525986-Academy_525987
- Ex. 75SS: Academy_525989-Academy_525990
- Ex. 75TT: Academy_530651-Academy_530653
- Ex. 75UU: Academy_530730-Academy_530732
- Ex. 75VV: Academy_527784-Academy_527786
- Ex. 75WW: Academy_1143744-Academy_1143745
- Ex. 75XX: Academy_526472-Academy_526474
- Ex. 75YY: Academy_527381-Academy_527382
- Ex. 75ZZ: Academy_526714-Academy_526719
- Ex. 75AAA: Academy_280469-Academy_280471
- Ex. 75BBB: Academy_527239-Academy_527243
- Ex. 75CCC: Academy_527668-Academy_527670
- Ex. 75DDD: Academy_278613-Academy_278615
- Ex. 75EEE: Academy_527378-Academy_527380
- Ex. 75FFF: Academy_278789-Academy_278791
- Ex. 75GGG: Academy_283479-Academy_283481
- Ex. 75HHH: Academy_278930-Academy_278932
- Ex. 75III: Academy_909459-Academy_909461
- Ex. 75JJJ: Academy_526124-Academy_526126
- Ex. 75KKK: Academy_908498-Academy_908502

Relator's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Relator's Response to Academy's Motion for Summary Judgment
Case No. 3:16-cv-02120 (EMC)

7

- Ex. 75LLL: Academy_908505-Academy_908507
- Ex. 75MMM: Academy_484040-Academy_484041
- Ex. 75NNN: Academy_483833-Academy_483835
- Ex. 75OOO: Academy_484019-Academy_484021
- Ex. 75PPP: Academy_530882-Academy_530884
- Ex. 75QQQ: Academy_526305-Academy_526309
- Ex. 75RRR: Academy_526246-Academy_526250
- Ex. 75SSS: Academy_482529-Academy_482531
- Ex. 75TTT: Academy_306821-Academy_306823
- Ex. 75UUU: Academy_482539-Academy_482541
- Ex. 75VVV: Academy_526868-Academy_526872
- Ex. 75WWW: Academy_526875-Academy_526878
- Ex. 75XXX: Academy_526881-Academy_526883
- Ex. 75YYY: Academy_526951-Academy_526953
- Ex. 75ZZZ: Academy_297917-Academy_297919
- Ex. 75AAAA: Academy_297922-Academy_297925
- Ex. 75BBBB: Academy_532620-Academy_532622
- Ex. 75CCCC: Academy_527668
- Ex. 78: Academy's annual certifications and correspondence regarding its inability to certify in certain years[9]
- Ex. 79: Exemplar loan-level certifications
- Ex. 80: HUD_Prod_0000015-HUD_Prod_0000018[10]

**Documents marked confidential by Quicken:**

---

[9] Relator designated some these documents as confidential only because Academy designated a similar, if not identical, document as confidential. Therefore, Academy bears the burden of justifying the confidential designation.

[10] Relator may have designated this document as confidential. If so, it was only because Academy designated a similar, if not identical, document as confidential. Therefore, Academy bears the burden of justifying the confidential designation.

Relator's Administrative Motion to Consider Whether Another
Party's Material Should be Filed Under Seal in Relator's
Response to Academy's Motion for Summary Judgment
Case No. 3:16-cv-02120 (EMC)

- Ex. 31: Relevant excerpts from the deposition of Deborah Maldonado, taken on June 19, 2018, in the case styled and numbered *United States of America v. Quicken Loans, Inc.*, Civ. A. No. 2:16-cv-14050-MAG-RSW (S.D. Mich.)
- Ex. 77: Relevant excerpts from the deposition of Joyce A. Tate-Cech, taken on August 1, 2018, in the case styled and numbered *United States of America v. Quicken Loans Inc.*, Case No. 2:16cv-14050-MAG-RSW (S.D. Mich.)

Dated: July 20, 2022

Respectfully submitted,

*/s/ Joshua M. Russ*
Joshua M. Russ (admitted *pro hac vice*)
REESE MARKETOS LLP
Attorney for Relator

Relator's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal in Relator's Response to Academy's Motion for Summary Judgment
Case No. 3:16-cv-02120 (EMC)