WEINER BRODSKY KIDER PC
Mitchel H. Kider, CA Bar No. 116479
Jason W. McElroy (admitted *pro hac vice*)
Joseph M. Katz (admitted *pro hac vice*)
Jasmine Jean-Louis (admitted *pro hac vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone:  202.628.2000
Facsimile:  202.628.2011
Email: kider@thewbkfirm.com, mcelroy@thewbkfirm.com,
         katz@thewbkfirm.com, jean-louis@thewbkfirm.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Thomas M. McInerney, CA Bar No. 162055
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:  415.442.4810
Facsimile:  415.442.4870
Email:  tmm@ogletreedeakins.com

*Attorneys for Defendant Academy Mortgage Corporation*

Pete Marketos (admitted *pro hac vice*)
Joshua Russ (admitted *pro hac vice*)
Andrew Wirmani (admitted *pro hac vice*)
Leslie Chaggaris (admitted *pro hac vice*)
Tyler Bexley (admitted *pro hac vice*)
Brett Rosenthal (admitted *pro hac vice*)
Jamison Joiner (admitted (*pro hac vice*)
REESE MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, Texas 75201

Alex Reese (State Bar No. 280530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: areese@fbm.com

J. Nelson Thomas (admitted *pro hac vice*)
Jonathan W. Ferris (admitted *pro hac vice*)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Email: nthomas@theemploymentattorneys.com, jferris@theemploymentattorneys.com

*Attorneys for Relator Gwen Thrower*

JOINT STIPULATION TO STAY PROCEEDINGS AND TRIAL
Case No. 3:16-cv-02120 (EMC)

1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No. 3:16-cv-02120 (EMC)<br><br>**JOINT NOTICE OF PENDING SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS AND TRIAL**<br><br>Judge: Hon. Edward M. Chen |

Relator Gwen Thrower ("Relator") and Defendant Academy Mortgage Corporation ("Academy"), through their undersigned counsel, notify the Court that the Parties have reached a settlement in principle on the merits and are now working with the United States Department of Justice to finalize settlement terms. Accordingly, the Parties respectfully submit this Joint Notice of Pending Settlement and Stipulation to Stay Proceedings and Trial of the above-captioned matter (the "Action").

WHEREAS, Relator filed this Action on April 21, 2016;

WHEREAS, on August 25, 2022, the Parties reached an agreement in principle to resolve this Action, subject to final approval;

WHEREAS, a hearing is scheduled for August 29, 2022, concerning the Parties' motions in limine;

WHEREAS, the final pretrial conference is scheduled for August 31, 2022;

WHEREAS, certain deadlines concerning the Parties' objections to trial exhibits and identification of discovery materials for trial are set for September 12, 2022;

WHEREAS, trial in this matter is scheduled to start on October 7, 2022;

WHEREAS, staying this Action and related deadlines, conferences, and trial, is in the interest of judicial economy and Party resources given the agreement in principle to resolve this Action;

WHEREAS, the Parties agree that no Party will be prejudiced by staying this Action;

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

1  WHEREAS, the Parties agree that the stay should remain in place only for the amount of
2  time it takes to complete resolution. In the event this Action is not resolved and dismissed, the
3  Parties will stipulate to an extension of time for all current scheduling deadlines.

4  The Parties therefore jointly stipulate and agree as follows:

5  1. The Parties have reached an agreement in principle to resolve this Action, and the
6  Parties are working to finalize a settlement agreement and to obtain approval from the
7  United States Department of Justice;

8  2. The Parties respectfully request that this Action be stayed for all purposes to allow the
9  Parties to finalize resolution.

Dated: August 25, 2022

WEINER BRODSKY KIDER PC

/s/ *Joseph M. Katz*
Mitchel H. Kider, CA Bar No. 116479
Jason W. McElroy (pro hac vice)
Joseph M. Katz (pro hac vice)
Jasmine Jean-Louis (pro hac vice)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011

*Attorneys for Defendant, Academy Mortgage Corporation*

REESE MARKETOS LLP

/s/ *Joshua M. Russ*
Pete Marketos (admitted *pro hac vice*)
Joshua Russ (admitted *pro hac vice*)
Andrew Wirmani (admitted *pro hac vice*)
Leslie Chaggaris (admitted *pro hac vice*)
Tyler Bexley (admitted *pro hac vice*)
Brett Rosenthal (admitted *pro hac vice*)
Jamison Joiner (admitted (*pro hac vice*)
750 North Saint Paul Street, Suite 600
Dallas, Texas 75201

*Attorneys for Relator, Gwen Thrower*

**FILER'S ATTESTATION**

In compliance with Civil L.R. Rule 5-1, I hereby attest that all parties have concurred in the filing of this Notice and Stipulation and (Proposed) Order.

August 25, 2022                                          *Joseph M. Katz*
                                                                              Joseph M. Katz