WEINER BRODSKY KIDER PC
Mitchel H. Kider, CA Bar No. 116479
Jason W. McElroy (admitted *pro hac vice*)
Joseph M. Katz (admitted *pro hac vice*)
Jasmine Jean-Louis (admitted *pro hac vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone:  202.628.2000
Facsimile:  202.628.2011
Email: kider@thewbkfirm.com, mcelroy@thewbkfirm.com,
    katz@thewbkfirm.com, jean-louis@thewbkfirm.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Thomas M. McInerney, CA Bar No. 162055
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:  415.442.4810
Facsimile:  415.442.4870
Email:  tmm@ogletreedeakins.com

*Attorneys for Defendant Academy Mortgage Corporation*

Pete Marketos (admitted *pro hac vice*)
Joshua Russ (admitted *pro hac vice*)
Andrew Wirmani (admitted *pro hac vice*)
Leslie Chaggaris (admitted *pro hac vice*)
Tyler Bexley (admitted *pro hac vice*)
Brett Rosenthal (admitted *pro hac vice*)
Jamison Joiner (admitted (*pro hac vice*)
REESE MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, Texas 75201

Alex Reese (State Bar No. 280530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: areese@fbm.com

J. Nelson Thomas (admitted *pro hac vice*)
Jonathan W. Ferris (admitted *pro hac vice*)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Email: nthomas@theemploymentattorneys.com, jferris@theemploymentattorneys.com

*Attorneys for Relator Gwen Thrower*

Joint Status Report
Case No.  3:16-cv-02120 (EMC)

1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>　　　　　　Defendant. | Civil Action No. 3:16-cv-02120 (EMC)<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Edward M. Chen<br><br>Date:　　December 20, 2022<br>Time:　　2:30 p.m. Pacific<br>Ctrm:　　Videoconference Only |

Pursuant to the Court's notice setting a status conference for December 20, 2022 (Doc. 431), the Parties file this Joint Status Report.

**I.　Settlement of FCA Causes of Action**

During a mediation on August 25, 2022, the Parties reached an agreement in principle to resolve this action. That same day, the Parties filed a Joint Notice of Pending Settlement and Stipulation to Stay Proceedings and Trial. Doc. 425. Thereafter, the Court stayed all proceedings in this action, including all scheduled hearings, deadlines, and trial. Doc. 427.

Under the terms of the pending settlement, Academy has agreed to pay the United States a sum of money in exchange for, among other things, mutual releases of liability. Because Academy seeks releases of liability from the United States, the Parties, through their counsel, have been negotiating settlement terms with the United States Department of Justice. These terms include, but are not limited to, settlement provisions pertaining to the percentage share to which Relator is entitled and the scope of releases to be provided by the Parties and the United States.

The Parties are awaiting the government's final approval of the settlement terms. The Parties currently anticipate final execution of the settlement agreement with the United States this week.

**II.　Settlement of Relator's Attorney's Fees, Expenses, and Costs**

In addition to the substantive False Claims Act causes of action, Relator and her counsel claim entitlement to attorney's fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d)(2). Relator and her counsel have reached a settlement in principle of a portion of these fees, expenses,

and costs. Specifically, Relator and Relator's lead trial counsel, Reese Marketos LLP, have reached a settlement in principle with Academy for the payment of attorney's fees, expenses, and costs incurred by and through Reese Marketos LLP.

However, Relator claims additional attorney's fees, expenses, and costs incurred through other counsel, including Thomas & Solomon LLP. The Parties are attempting to negotiate a settlement of this portion of Relator's fees, expenses, and costs. In the event a settlement cannot be reached, Relator's counsel seeking fees, expenses, and costs will file a motion with the Court for the determination of any amounts owed by Academy.

Dated: December 13, 2022

*/s/ Joseph M. Katz*
Joseph M. Katz (*pro hac vice*)
WEINER BRODSKY KIDER PC
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone:  202.628.2000
Facsimile:  202.628.2011

Attorneys for Defendant, Academy Mortgage Corporation


*/s/ Joshua M. Russ*[1]
Joshua M. Russ (*pro hac vice*)
REESE MARKETOS LLP
750 North Saint Paul Street, Suite 600
Dallas, Texas 75201

Attorneys for Relator, Gwen Thrower

---

[1] Pursuant to Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from counsel for Relator.

Joint Status Report
Case No.  3:16-cv-02120 (EMC)

1