**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, CA Bar No. 116479
Timothy P. Ofak (*Pro Hac Vice*)
Joseph M. Katz (*Pro Hac Vice*)
Jasmine Jean-Louis (*Pro Hac Vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com
       ofak@thewbkfirm.com
       katz@thewbkfirm.com
       jean-louis@thewbkfirm.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Thomas M. McInerney, CA Bar No. 162055
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
Email: tmm@ogletreedeakins.com

*Attorneys for Defendant Academy Mortgage Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No. 3:16-cv-02120 (EMC) (SK)<br><br>**JOINT STIPULATION TO STAY EXECUTION OF JUDGMENT WITH NO BOND**<br><br>**Judge:** Edward M. Chen<br>**Magistrate Judge:** Sallie Kim |

Defendant Academy Mortgage Corporation ("Academy") and Relator Gwen Thrower hereby Stipulate by and through their respective counsel as follows:

1. Whereas the Court's May 31, 2024 Order Granting in Part Relator's Motion for Fees, Dkt. 500, awarded Relator $8,585,530.20, and certain additional interest, in attorney's fees and

$89,437.77 for expenses (the "Fee Award").

2. Whereas Academy has filed a Notice of Appeal of that Order, Dkt. 504, contesting the Fee Award on appeal.

3. Whereas Academy has agreed to pay $5,405,714.33 to Relator on July 1, 2024 (the "Payment"), in satisfaction of an uncontested portion of the Fee Award.

4. Whereas the Parties have agreed that the Payment is sufficient surety to justify the requested stay of execution on the remaining contested portion of the Fee Award.

5. Whereas the Parties further agree that the Payment moots Relator's Motion for Interim Fees and Expenses (Dkt. 495) and Relator's Administrative Motion to Obtain a Separate Order on Relator's Motion for Interim Fees and Expenses, Without a Hearing (Dkt. 497).

**WHEREFORE,** IT IS HEREBY STIPULATED that execution of the Court's May 31, 2024 Order, Dkt. 500, will be stayed for 45 days, through August 15, 2024, and Academy need not pay any supersedeas bond during that time; and

IT IS HEREBY FURTHER STIPULATED that Dkt. 495 and Dkt. 497 are resolved and those motions are withdrawn.

Dated:  July 1, 2024

*/s/ Joseph M. Katz*
Mitchell H. Kider, CA Bar No. 116479
Timothy P. Ofak (*Pro Hac Vice*)
Joseph M. Katz (*Pro Hac Vice*)
WEINER BRODSKY KIDER PC
1300 19th Street, N.W.
Suite 500
Washington, DC 20036
202-628-2000
Fax: 202-628-2011
Email: katz@thewbkfirm.com
          kider@thewbkfirm.com
          ofak@thewbkfirm.com

|   |   |
|---|---|
| 1 | Thomas Michael McInerney |
| 2 | OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. |
|   | Steuart Tower, Suite 1300 |
| 3 | One Market Plaza |
| 4 | San Francisco, CA 94105 |
|   | 415-442-4810 |
| 5 | Fax: 415-442-4870 |
|   | Email: tmm@ogletree.com |

*Counsel for Defendant Academy Mortgage Corp.*

[1]

/s/ Sanford Jay Rosen

Sanford Jay Rosen
Van Swearingen
Adrienne Pon Harrold
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: srosen@rbgg.com
   vswearingen@rbgg.com
   aharrold@rbgg.com

J. Nelson Thomas
Jonathan W. Ferris
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607-2152
Telephone: (585) 272-0540
Email: nthomas@theemploymentattorneys.com
   jferris@theemploymentattorneys.com

*Counsel for Relator*

---

[1] Pursuant to Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from counsel for Relator.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Edward M. Chen
United States District Court