**WEINER BRODSKY KIDER PC**

Mitchel H. Kider, CA Bar No. 116479
Timothy P. Ofak (*Pro Hac Vice*)
Joseph M. Katz (*Pro Hac Vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone:  202.628.2000
Facsimile:  202.628.2011
Email: kider@thewbkfirm.com
        ofak@thewbkfirm.com
        katz@thewbkfirm.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Thomas M. McInerney, CA Bar No. 162055
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:  415.442.4810
Facsimile:  415.442.4870
Email:  tom.mcinerney@ogletree.com

*Attorneys for Defendant Academy Mortgage Corporation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWEN THROWER,<br><br>Plaintiff,<br><br>vs.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No. 3:16-cv-02120 (EMC) (SK)<br><br>**JOINT STIPULATION TO STAY EXECUTION OF JUDGMENT**<br><br><br>**Judge:** Edward M. Chen<br>**Magistrate Judge:** Sallie Kim |

Defendant Academy Mortgage Corporation ("Academy") and Relator Gwen Thrower

hereby Stipulate by and through their respective counsel as follows:

1.     Whereas the Court's May 31, 2024 Order Granting in Part Relator's Motion for Fees,

Dkt. 500, awarded Relator $8,585,530.20, and certain additional interest, in attorney's fees and

$89,437.77 for expenses (the "Fee Award").

2.      Whereas Academy has filed a Notice of Appeal of that Order, Dkt. 504, contesting the Fee Award on appeal.

3.      Whereas the contested portion of the Fee Award at issue in the appeal is approximately $3,280,899.19.

4.      Whereas the Parties are in the process of negotiating the form and amount of a surety sufficient to justify a stay of execution on the contested portion of the Fee Award through the duration of the appeal (the "Surety").

5.      Whereas the Court entered a prior stipulation by the Parties to stay execution of the judgment through August 15, 2024.

6.      Whereas the Parties have agreed that a three-week extension of the previous stipulation is appropriate for the Parties to come to an agreement on the Surety.

**WHEREFORE,** IT IS HEREBY STIPULATED that execution of the Court's May 31, 2024 Order, Dkt. 500, will be stayed for an additional three weeks, through September 9, 2024, and Academy need not provide any supersedeas bond during that time.

Dated:  August 19, 2024

/s/ Joseph M. Katz
Mitchell H. Kider, CA Bar No. 116479
Timothy P. Ofak (*Pro Hac Vice*)
Joseph M. Katz (*Pro Hac Vice*)
WEINER BRODSKY KIDER PC
1300 19th Street, N.W.
Suite 500
Washington, DC 20036
202-628-2000
Fax: 202-628-2011
Email: katz@thewbkfirm.com
        kider@thewbkfirm.com
        ofak@thewbkfirm.com

Thomas Michael McInerney
OGLETREE DEAKINS NASH SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900

Joint Stipulation to Stay Execution of Judgment
Case No. 3:16-cv-02120 (EMC) (SK)
2

One Market Plaza
San Francisco, CA  94111
415-442-4810
Fax: 415-442-4870
Email: tom.mcinerney@ogletree.com

*Counsel for Defendant Academy Mortgage Corp.*

[1]

*/s/ Sanford Jay Rosen*
Sanford Jay Rosen
Van Swearingen
Adrienne Pon Harrold
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: srosen@rbgg.com
        vswearingen@rbgg.com
        aharrold@rbgg.com

J. Nelson Thomas
Jonathan W. Ferris
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607-2152
Telephone: (585) 272-0540
Email: nthomas@theemploymentattorneys.com
        jferris@theemploymentattorneys.com

*Counsel for Relator*

---

[1] Pursuant to Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from counsel for Relator.

Joint Stipulation to Stay Execution of Judgment
Case No. 3:16-cv-02120 (EMC) (SK)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____


_____

Honorable Edward M. Chen
United States District Court