UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| United States of America ex rel. GWEN THROWER,<br><br>     Plaintiff - Appellant,<br><br> v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>     Defendant - Appellee. | No. 24-6247<br><br>D.C. No.<br>3:16-cv-02120-EMC<br><br>Northern District of California, San Francisco<br><br>MANDATE |

The judgment of this Court, entered April 06, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT