UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

United States of America ex rel. GWEN THROWER,

Plaintiff - Appellant,

v.

ACADEMY MORTGAGE CORPORATION,

Defendant - Appellee.

No. 24-6247

D.C. No.
3:16-cv-02120-EMC
Northern District of California,
San Francisco

ORDER

The mandate issued on 6/5/2026 is recalled as issued in error.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT