J. NELSON THOMAS\*
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York  14607-2152
Telephone:    (585) 272-0540
nthomas@theemploymentattorneys.com

\*admitted *pro hac vice*

SANFORD JAY ROSEN – 062566
VAN SWEARINGEN – 259809
ADRIENNE PON HARROLD – 326640
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
srosen@rbgg.com
vswearingen@rbgg.com
aharrold@rbgg.com

Attorneys for Relator GWEN THROWER

TIMOTHY P. OFAK (Pro Hac Vice)
JOSEPH M. KATZ (Pro Hac Vice)
WEINER BRODSKY KIDER PC
1300 19th Street, N.W., Suite 500
Washington, DC 20036
Telephone:    202-628-2000
Facsimile:    202-628-2011
ofak@thewbkfirm.com
katz@thewbkfirm.com

Attorneys for Defendant ACADEMY
MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GWEN THROWER,<br><br>             Plaintiff,<br><br>        v.<br><br>ACADEMY MORTGAGE CORPORATION,<br><br>             Defendant. | Case No. 16-CV-02120-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE SET BY JULY 1, 2026 ORDER (ECF NO. 542); DECLARATION OF SANFORD JAY ROSEN IN SUPPORT**<br><br>Judge:  Hon. Edward M. Chen<br><br>Status Conference: July 7, 2026 |

[6030234.5]

Case No. 16-CV-02120-EMC

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Relator Gwen Thrower, by and through her counsel of record, hereby respectfully requests that the Court extend by one week each of the two briefing deadlines set by the Court's July 1, 2026 Order, ECF No. 542. Based upon the representations made by Relator's counsel in the attached declaration, Defendant Academy Mortgage Corporation, by and through its counsel of record, hereby stipulates to Relator's request.

On July 1, 2026, the Court ordered as follows: "The parties shall brief whether the lodestar should be recalculated in light of the Ninth Circuit's mandate. Relator's brief is due 7/15/2026. Defendant's response is due 7/29/2026. Briefs are limited to 12 pages. The matter will be taken under submission after the response brief unless further ordered by the Court." ECF No. 542.

The parties request a one-week extension of each briefing deadline, resulting in the following proposed deadlines:

- Relator's brief due 7/22/2026
- Defendant's response due 8/5/2026

As set forth in the accompanying Declaration of Sanford Jay Rosen, good cause exists for the requested extension. Relator's counsel requires the additional time because her counsel have other pressing professional and personal commitments: one counsel is currently traveling internationally and will return to work on July 20, 2026, another has other litigation deadlines in the next two weeks as well as litigation-related travel from July 13 through July 15, 2026; and another has medical appointments, and health limitations, and other urgent deadline-driven obligations during this period that he cannot reschedule. *See* Rosen Decl. ¶¶ 4-7.

The requested extension is modest, applies equally to the two briefing deadlines, and is sought in good faith and not for purposes of delay. The requested extension will not alter the 12-page limit set by the Court's July 1, 2026 Order. Because the Court ordered that the matter will be taken under submission after Defendant's response brief unless further ordered, there is no hearing date to continue.

For these reasons, the parties respectfully request that the Court enter the proposed order below.

IT IS SO STIPULATED.

DATED: July 6, 2026

By: */s/ Sanford Jay Rosen*

Sanford Jay Rosen
Van Swearingen
Adrienne Pon Harrold
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: srosen@rbgg.com
vswearingen@rbgg.com
aharrold@rbgg.com

J. Nelson Thomas
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607-2152
Telephone: (585) 272-0540
Email: nthomas@theemploymentattorneys.com

Attorneys for Relator GWEN THROWER

DATED: July 6, 2026

By: */s/ Joseph M. Katz*

Timothy P. Ofak (*Pro Hac Vice*)
Joseph M. Katz (*Pro Hac Vice*)
WEINER BRODSKY KIDER PC
1300 19th Street, N.W.
Suite 500
Washington, DC 20036
202-628-2000
Fax: 202-628-2011
Email: ofak@thewbkfirm.com
katz@thewbkfirm.com

Attorneys for Defendant
ACADEMY MORTGAGE CORPORATION

[6030234.5]

2

Case No. 16-CV-02120-EMC

**FILER'S ECF ATTESTATION**

As required by Civil Local Rule 5-1, I, Sanford Jay Rosen, attest that I obtained concurrence in the filing of this document from Joseph M. Katz and that I have maintained records to support this concurrence.

DATED:  July 6, 2026

By:  */s/ Sanford Jay Rosen*
Sanford Jay Rosen

**DECLARATION OF SANFORD JAY ROSEN**

I, Sanford Jay Rosen, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Relator Gwen Thrower.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of the parties' stipulated request to extend by one week the briefing deadlines set by the Court's July 1, 2026 Order, ECF No. 542.

2.      On July 1, 2026, the Court entered an order requiring the parties to brief whether the lodestar should be recalculated in light of the Ninth Circuit's mandate.  The Court ordered that Relator's brief is due July 15, 2026, Defendant's response is due July 29, 2026.  ECF No. 542.

3.      The parties request a one-week extension of each briefing deadline.  Under the proposed schedule, Relator's brief would be due July 22, 2026, and Defendant's response would be due August 5, 2026.

4.      Good cause exists for the requested extension. Relator's counsel require additional time because counsel have other pressing professional and personal commitments before and on July 15, 2026.

5.      I have pre-existing scheduled medical appointments, and related health limitations, and other urgent deadline driven obligations during this period that I cannot

reschedule.

6.    My colleague Van Swearingen is currently traveling internationally largely without internet access and is unavailable to work on this matter until he returns to work on July 20, 2026.

7.    Finally, our associate on this matter, Adrienne Harrold, has competing deadlines in another one of her cases during the week of July 6, as well as litigation-related travel July 13-15, 2026.  During that travel, Ms. Harrold will be substantially unavailable because she will be conducting full-day in-person interviews of incarcerated clients at a correctional facility.

8.    Defendant's counsel, Joseph M. Katz, informed me that he does not oppose Relator's requested one-week extension of the filing deadlines.

9.    The requested extension is made in good faith and not for purposes of delay. The extension is limited to the two briefing deadlines set by the Court's July 1, 2026 Order and applies equally to those deadlines.

10.    There have been no prior time modifications affecting the briefing schedule set by the Court's July 1, 2026 Order.  In compliance with Civil Local Rule 6-2(a)(2), concerning previous time modifications in this case I state that during the more than nine years since this case has been filed including during the approximately eighteen months of pre-appeal attorneys' fees proceedings, there have been innumerable schedule moderations.  Since the matter was remanded from the Ninth Circuit, this will be the second modification, the first being this Court's Rescheduling Notice that the Status Conference be changed from July 2 to July 7, 2026.  ECF No. 537.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11.     The requested extension would affect the case schedule only by moving the date on which the supplemental briefing is complete from July 29, 2026 to August 5, 2026. Because the Court ordered that the matter will be taken under submission after Defendant's response brief unless further ordered, there is no hearing date to continue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 6th day of July, 2026.


_/s/ Sanford Jay Rosen_
Sanford Jay Rosen


# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The briefing schedule set by the Court's July 1, 2026 Order, ECF No. 542, is modified as follows:

- Relator's brief is due 7/22/2026
- Defendant's response is due 8/5/2026


DATED: _____7/6/_____, 2026

_____
Honorable Edward M. Chen
United States District Judge